AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. SACV 14-00318 JLS (RNBX)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SARGENT MANUFACTURING COMPANY
was received by me on *(date)* 3/11/2014 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy Mclaren , who is
designated by law to accept service of process on behalf of *(name of organization)* SARGENT
MANUFACTURING COMPANY c/o CT Corporation on *(date)* 3/12/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/12/2014

*Server's signature*

Robert DeLacy, Process Server
*Printed name and title*

D. M. Professional Services
501 Silverside Rd, Ste 72
Wilmington, DE 19809
*Server's address*

Additional information regarding attempted service, etc: