UNITED STATES DISTRICT COURT
Central District of California

AFFIDAVIT OF SERVICE


*156459*

Index no : SACV 14-00318 JLS (RNBx)

**O.S. Security**

        Plaintiff(s),

vs.

**Sargent Manufacturing Company, ASSA Alboy, Inc and ASSA Alboy AB**

        Defendant(s).
_____/

**STATE OF CONNECTICUT**
                            **ss: East Hartford**
**HARTFORD COUNTY**

**Christine Foran**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **03/12/2014** at **2:50 PM**, I served the within **Summons In A Civil Action; Notice of Assignment to United States District; Notice to Parties of Court-Direxted ADR Program; Notice to Parties; Court Setlement and Use of Alternative Dispute Resolutions (ADR); Original Complaint For Infringement of U.S. Patent with Exhibits** on **Assa Abloy, Inc.** at **c/o CT Corporation System, One Corporate Center, 14th Floor, Hartford, CT 06103** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Mary Foran, Information Specialist** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Assa Abloy, Inc.**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 44 | 5'5" | 150 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
March 14, 2014
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: 08/31/2014

X_____
Christine Foran
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#: