Michael T. Hornak (SBN 81936)
email: mhornak@rutan.com
Ronald P. Oines (SBN 145016)
email: roines@rutan.com
Bradley A. Chapin (SBN 232885)
email: bchapin@rutan.com
Benjamin C. Deming (SBN 233687)
email: bdeming@rutan.com
Ravi Mohan (SBN 280673)
email: rmohan@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Phone: 714-641-5100 / Fax: 714-546-9035

**Attorneys for Defendants SARGENT MANUFACTURING COMPANY and ASSA ABLOY, INC.**

Additional Counsel listed after signature page.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>    Plaintiff,<br>vs.<br>SARGENT MANUFACTURING COMPANY, ASSA ABLOY, INC.,<br><br>    Defendants. | Case No. SACV14-00318 AG (DFMx)<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO S.P.R. 3.4** |
| O.S. SECURITY LLC,<br><br>    Plaintiff,<br>vs.<br>BRK BRANDS, INC.<br><br>    Defendant. | Case No. SACV14-00310 AG (DFMx) |
| O.S. SECURITY LLC,<br><br>    Plaintiff,<br>vs.<br>JOHN D. BRUSH & CO., d/b/a | Case No. SACV14-00314 AG (DFMx) |

Rutan & Tucker, LLP
attorneys at law

2694/027533-0003
7947514.3 a01/09/15

-1-

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT PURSUANT TO
S.P.R. 3.4

| | |
|---|---|
| SENTRY GROUP<br><br>    Defendant.<br><br>O.S. SECURITY LLC,<br><br>    Plaintiff,<br>    vs.<br><br>SCHLAGE LOCK COMPANY, LLC,<br><br>    Defendant. | Case No. SACV14-00319 AG (DFMx) |

Pursuant to S.P.R. 3.4, the parties hereby submit their Joint Claim Construction and Prehearing Statement. In its December 5, 2014 Order, the Court ordered that the parties shall file a single joint claim construction and prehearing statement. The Court also informed the parties that it would be unlikely for the Court to construe more than 15 terms.

Rutan & Tucker, LLP
attorneys at law

2694/027533-0003
7947514.3 a01/09/15                    -2-

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT PURSUANT TO
S.P.R. 3.4

### S.P.R. 3.4.1 – The Parties' Agreed Constructions

Although defendants have been able to agree on several terms amongst themselves, Plaintiff and Defendants have not agreed to the construction of any disputed terms.

### S.P.R. 3.4.2 – Chart(s) Showing Each Party's Proposed Constructions

Charts showing the parties' proposed constructions are attached hereto as Exhibits A-E. Exhibit A shows constructions for the 15 terms identified pursuant to S.P.R. 3.4.3, as indicated in the following section. These terms are set forth in alphabetical order. Exhibits B-E include constructions for additional claim terms that each individual party believes should be construed, in the event the Court construes more than 15 claim terms identified pursuant to S.P.R. 3.4.3. Plaintiff does not believe that any additional terms require construction. The defendants believe that all of the terms set forth in Exhibits A-E should be construed. Sargent Manufacturing Company and ASSA ABLOY, INC. (collectively "SARGENT") submits its additional claim terms as Exhibit B; BRK Brands, Inc. ("BRK") submits its additional claim terms as Exhibit C; John D. Brush & Co., d/b/a Sentry Group ("Sentry") submits its additional claim terms as Exhibit D; and Schlage Lock Company, LLC ("Schlage") submits its additional claim terms as Exhibit E.

### S.P.R. 3.4.3 – Identification of Claim Terms

There are four cases pending before the Court that contain different asserted patents and different asserted claims. In accordance with the Court's December 5, 2014 Order, the parties have jointly identified 15 claim terms, and closely related terms, across all four pending cases. Some of these 15 claim terms do not apply to each of the four pending cases because they appear only in patents or claims that are not asserted against a particular Defendant. Consequently, there is no single list of claim terms that will be "most significant" in all of the four cases pending before the Court.

Rutan & Tucker, LLP
attorneys at law

2694/027533-0003
7947514.3 a01/09/15

-3-

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT PURSUANT TO
S.P.R. 3.4

The 15 claim terms are presented on Exhibit A in accordance with the Court's Order and set forth below in alphabetical order:

- "communication port"
- "control station"
- "dedicated"
- "electromagnetic signal"
- "enabled/disabled"
- "input code/input access code/access code/input key code"
- "low-battery detection circuit"
- "means for sensing"
- "microprocessor is programmed to enter a code programming sequence in response to a pressing of the program key" / "code programming operation"
- "portion"
- "program key"
- "sleep mode/operation mode"
- "solenoid coupled to the lock for opening and closing the lock"
- "wake-up signal"
- "wherein a memory contains a limit value"

## S.P.R. 3.4.4 – Presentation Time at the Claim Construction Hearing

Plaintiff's Statement:

Plaintiff believes that the bulk of terms at issue do not present a significant technical challenge and that a maximum of four hours be set aside for the Markman Hearing

Defendants' Statement:

Rutan & Tucker, LLP
attorneys at law

2694/027533-0003
7947514.3 a01/09/15

-4-

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT PURSUANT TO
S.P.R. 3.4

Given the complexity of these four lawsuits, the number of patents at issue, the divergence of issues and patents among Defendants, and the possibility of live testimony at the hearing, Defendants anticipate that a full day will be required for the hearing. Defendants also anticipate that each Defendant will require individual time at the hearing to address the claim construction issues particular to the case against it. Defendants will seek to coordinate their presentations and may agree to combine certain presentations; however, Defendants respectfully request that the Court split the defense time among each of them and the four cases. Due to the fact that more patents are asserted against some Defendants and fewer patents are asserted against other Defendants, Defendants do not contend that this time split must be equal among them but rather state as follows:

- Schlage anticipates that it will require an hour for its individual presentation in light of the complexity and breadth of the case against it. Seven patents are asserted against Schlage. These seven patents implicate different claim terms and claim construction issues; there is not a single claim term that is relevant to all of the seven patents asserted against Schlage. The asserted patents and claims are also not coextensive with the patents and claims asserted against the other Defendants. Schlage respectfully suggests that these factors justify a requested modest extension of the time allotted to it, as provided for in S.P.R. 3.4.4.

- BRK has the least number of patents – three – asserted against it and, therefore, anticipates needing less time than other Defendants for its individual presentation. BRK proposes that it be allowed 30 minutes for its individual presentation.

Rutan & Tucker, LLP
attorneys at law

2694/027533-0003
7947514.3 a01/09/15

-5-

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT PURSUANT TO
S.P.R. 3.4

- Sentry anticipates that it will be able to complete its claim construction presentation in forty-five minutes. Plaintiff has asserted five patents against Sentry and has identified several claims from each patent which involve multiple and differing claim construction issues. Although Sentry will cooperate with other Defendants in its presentation, it will require the entire forty-five minutes to address differences and claim terms particular to it.

- SARGENT anticipates that it will require an hour for its individual presentation in light of the complexity and breadth of the case against it. No less than twenty-six claims across eight patents are asserted against SARGENT, and a variety of technologically dissimilar products are accused. In addition to having the most patents asserted against it, SARGENT also intends to present expert testimony as noted below. SARGENT respectfully requests consideration of these factors, as provided for in S.P.R. 3.4.4

**S.P.R. 3.4.5– Identification of Witnesses at the Claim Construction Hearing**

SARGENT anticipates calling Dr. Stephen B. Heppe to opine on certain claim terms at the claim construction hearing, and summarizes his expected testimony below. Specifically, SARGENT anticipates that Dr. Heppe will present the following opinions, which are supported by a Declaration previously served on the parties:

- "**control station**" should be construed as proposed by SARGENT in Exhibit A.

- "**means for sensing an input signal**" should be construed as proposed by SARGENT in Exhibit A.

- "**means for decoding**" should be construed as proposed by SARGENT in Exhibit B.

Rutan & Tucker, LLP
attorneys at law

2694/027533-0003
7947514.3 a01/09/15

-6-

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT PURSUANT TO
S.P.R. 3.4

- "**means for output**" should be construed as proposed by SARGENT in Exhibit B.
- "**interrupt inputs**" should be construed as proposed by SARGENT in Exhibit B.
- "**communication port**" should be construed as proposed by SARGENT in Exhibit A.
- "**wake-up signal**" should be construed as proposed by SARGENT in Exhibit A.
- "**dedicated**" should be construed as proposed by SARGENT in Exhibit A.
- "**shielded from external access**" should be construed as proposed by SARGENT in Exhibit B.
- "**portable remote device**" should be construed as proposed by SARGENT in Exhibit B.
- "**portion**" should be construed as proposed by SARGENT in Exhibit A.
- "**enable output signal**" should be construed as proposed by SARGENT in Exhibits A and B.

The remaining Defendants do not intend to call any witnesses at the claim construction hearing. However, each reserves the right to examine or cross examine any witness called by any other party, including Plaintiff and other Defendants, and reserves the right to call those witnesses needed for rebuttal or to authenticate documents and things.

The Defendants expect to present attorney argument and exhibits relevant to the parties' claim construction disputes, including without limitation the intrinsic record of the patents asserted against each Defendant.

Rutan & Tucker, LLP
attorneys at law

2694/027533-0003
7947514.3 a01/09/15

-7-

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT PURSUANT TO
S.P.R. 3.4

| | |
|---|---|
| Dated: January 9, 2015 | RUTAN & TUCKER, LLP<br>MICHAEL T. HORNAK<br>RONALD P. OINES<br>BRADLEY A. CHAPIN<br>BENJAMIN C. DEMING<br>RAVI MOHAN<br><br>By: */s/* Ronald P. Oines<br>Ronald P. Oines<br>Attorneys for Defendants ASSA ABLOY. INC. and SARGENT MANUFACTURING COMPANY |
| Dated: January 9, 2015 | BARNES & THORNBURG LLP<br><br>By:____/s Jeffrey T.G. Kelsey_<br>Jeffrey T.G. Kelsey<br>Attorney for DEFENDANT SCHLAGE LOCK COMPANY LLC |
| Dated: January 9, 2015 | WARD GREENBERG HELLER & REIDY LLP<br><br>By:____/s Eric J. Ward_____<br>Eric J. Ward<br>Attorneys for DEFENDANT JOHN D. BRUSH & CO., INC. D/B/A SENTRY GROUP |
| Dated: January 9, 2015 | ICE MILLER LLP<br><br>By:___/s Kevin J. O'Shea_____<br>Kevin J. O'Shea<br>Attorneys for DEFENDANT BRK BRANDS, INC. |
| Dated: January 9, 2015 | MISHCON DE REYA NEW YORK LLP<br><br>By:____/s John F. Petrsoric_____<br>John F. Petrsoric<br>Attorneys for PLAINTIFF O.S. SECURITY, LLC |

Counsel list:

2694/027533-0003
7947514.3 a01/09/15 -8-

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT PURSUANT TO
S.P.R. 3.4

Rutan & Tucker, LLP
attorneys at law

| | |
|---|---|
| 1 | NEWPORT TRIAL GROUP |
| | Tyler J. Woods (SBN 232464) |
| 2 | email: twoods@trialnewport.com |
| | 4100 Newport Place, Ste. 800 |
| 3 | Newport Beach, California 92660 |
| | Phone: 949-706-6464 / Fax: 949-706-6469 |
| 4 | |
| | MISHCON DE RAYA NEW YORK LLP |
| 5 | John F. Petrsoric (*pro hac vice*) |
| | email: john.petrsoric@mishcon.com |
| 6 | 750 7th Avenue, 26th Floor |
| | New York, New York 10019 |
| 7 | Phone: 212-612-3270 / Fax: 212-612-3297 |
| 8 | **Attorneys for Plaintiff O.S. SECURITY, LLC** |
| 9 | GREENBERG TRAURIG, LLP |
| | VALERIE W. HO (SBN 200505) |
| 10 | email: Hov@gtlaw.com |
| | 1840 Century Park East, Suite 1900 |
| 11 | Los Angeles, CA 90067-2121 |
| | Phone: 310-586-7700 / Fax: 310-586-7800 |
| 12 | |
| | Kevin J O'Shea (*pro hac vice*) |
| 13 | email: Kevin.O'Shea@icemiller.com |
| | ICE MILLER LLP |
| 14 | 200 West Madison Street Suite 3500 |
| | Chicago, IL 60606 |
| 15 | Phone: 312-726-7163 / Fax: 312-726-7103 |
| 16 | **Attorneys for Defendant** |
| | **BRK BRANDS, INC** |
| 17 | |
| | Audrey Karen Tan SBN 288119 |
| 18 | email: atan@gibsondunn.com |
| | GIBSON DUNN AND CRUTCHER LLP |
| 19 | 333 South Grand Avenue Suite 5400 |
| | Los Angeles, CA 90071 |
| 20 | Phone: 213-229-7707 / Fax: 213-229-6707 |
| 21 | Eric John Ward (*pro hac vice*) |
| | email: eward@wardgreenberg.com |
| 22 | Ward Greenberg Heller and Reidy LLP |
| | 300 State Street |
| 23 | Rochester, NY 14614 |
| | Phone: 585-454-0700 / Fax: 585-231-1921 |
| 24 | |
| | **Attorneys for Defendant** |
| 25 | **JOHN D. BRUSH & CO., INC.** |
| | **d/b/a SENTRY GROUP** |
| 26 | |
| | Kevin D Rising SBN 211663 |
| 27 | Email: kevin.rising@btlaw.com |
| | Sarah E. Johnston SBN 259504 |
| 28 | Email: sjohnston@btlaw.com |

Rutan & Tucker, LLP
attorneys at law

2694/027533-0003
7947514.3 a01/09/15

-9-

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT PURSUANT TO
S.P.R. 3.4

| | |
|---|---|
| 1 | BARNES AND THORNBURG LLP |
| | 2029 Century Park East Suite 300 |
| | Los Angeles, CA 90067-3010 |
| 2 | Phone: 310-284-3880 / Fax: 310-284-3894 |
| 3 | Jeffrey T G Kelsey (*pro hac vice*) |
| | Email: jkelsey@btlaw.com |
| 4 | Jeffrey M Barron (*pro hac vice*) |
| | Email: jeff.barron@btlaw.com |
| 5 | BARNES AND THORNBURG LLP |
| | 11 South Meridian Street |
| 6 | Indianapolis, IN 46204 |
| | Phone: 317-231-6412 / Fax: 317-231-7433 |
| 7 | |
| 8 | **Attorneys for Defendant SCHLAGE LOCK COMPANY, LLC** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rutan & Tucker, LLP
attorneys at law

2694/027533-0003
7947514.3 a01/09/15

-10-

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT PURSUANT TO
S.P.R. 3.4