# EXHIBIT A

| Communication port | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| OS Security | An input and/or output where data is transmitted | '615: 3:44-62; 7:25-53; 12:20-38; 13:10-30; 14:12-44; FIG. 2; FIG. 3; <br><br> '576: 3:39-57; 7:21-48; 12:14-33; 13:4-24; 14:5-37; FIG. 2; FIG. 3 <br><br> '100: 3:44-62; 7:25-53; 12:18-36; 13:8-28; 14:9-43; FIG. 2; FIG. 3 <br><br> '725: 3:39-56; 7:10-38; 11:62 − 12:14; 12:51 − 13:3; 13:50 − 14:15; FIG. 2; FIG. 3 <br><br> '758: 3:37-54; 7:10-38; 11:62 − 12:13; 12:51 − 13:3; 13:50 − 14:15; FIG. 2; FIG. 3 <br><br> '405: 4:4-44; 5:48-59; 9:32-59; 14:16-34; 15:5-24; 16:4-36; 17:27-47; 19:32-50; FIG. 2; FIG. 3; FIGs. 19-33 | "port" <br> An aperture or opening, in particular. <br> http://www.oxforddictionaries.com/us/definition/american_english/port#port-4 <br><br> (Electronics) electronics a logic circuit for the input and output of data <br> http://www.thefreedictionary.com/port |
| BRK Brands | N/A[1] | | |
| Sentry | An input/output (I/O) hardware interface for the bidirectional transfer of data, to permit external programming of the memory. | '405: 1:46-2:7; 3:31-6:32; 4:5-13; 8:18-26; 9:13-31; 9:32-46; 9:60-10:9; 10:10-21; Fig. 2 (*see* Access Code I/O - reference number 15); Fig. 3 (*see* reference number 15); Supplemental Preliminary Amendment dated October 6, 2009, claim 99 (issued claim 1), pgs. 8-9; Appeal Brief dated June 8, 2011, pgs. 6-7; Response dated November 21, 2011, pg. 26; Response dated February 22, 2013, pg. 30. | Webster's Encyclopedic Unabridged Dictionary of the English Language, Random House Value Publishing Inc. (1996), pg. 1128 |
| Sargent | ***As to '576 and '100 Patents:*** <br><br> "hardware connection point that is part of a direct physical (as opposed to partially | "Nevertheless, to further distinguish the communication port in the claimed invention from the printer port of Vanderschel, applicants have amended claim 40 to include the step of sending a read signal through the communication port to the microprocessor-based control circuit of the lock to trigger the control circuit to transmit the access code stored in the non-volatile memory, and the limitation that the microprocessor-based control circuit transmits the access code through the communication port in | Communication Port: "an interface which serves to connect a peripheral device to a computer.  Such a device may be a modem, a mouse, a monitor, another computer, and so on."  (S. |

---

[1] Defendants place "N/A" in the "proposed construction" to designate limitations that are not at issue in their respective cases.

| Communication port | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | wireless) communication path between electronics housed inside the electronic access control device and an electronic system outside of and distinct from the electronic access control device<br><br>***As to '615 and '405 Patents:***<br><br>"hardware connection point that is part of a direct physical (as opposed to wireless) communication path to electronics housed inside the electronic access control device" | response to the read signal. **It should be noted that it is the same communication port that is used to send a read signal and then to read back the access code.**  Support for these limitations is found, for instance, in page 14, lines 13-15 and FIG. 4 of the specification. Since a conventional printer port as in the device of Vanderschel is not used to initiate the transmission of data, Vanderschel clearly does not teach or suggest these limitations; Moreover, Vanderschel states that 'The keypad 20 allows the user to input data and commands to the electronic lock.' Col. 2, line 48. It can be inferred from this statement that it is not possible to give the lock of Vanderschel a command without using the keypad." ('576 patent, file history, Applicant Arguments/Remarks Made in Amendment, January 22, 2004, pp. 11-12, emphasis added)<br><br>"In particular, claim 42 is directed to a method of writing a permanent access code into the non-volatile memory of a lock control circuit during the manufacturing process. **The key point of the claimed invention as recited in claim 42 is that the non-volatile memory does not have a permanent access code stored therein until such a code is entered through a communication port and written into the memory.**  In sharp contrast, although Vanderschel mentions key enrollment, which may involve the entering of new key parameters, it requires the lock memory to already have an existing access code before new keys can be enrolled." ('576 patent, Applicant Arguments/Remarks Made in Amendment, January 22, 2004, p. 12, emphasis added)<br><br>"The electronic access control device of the present invention has a communication port connected to selected pins of the microprocessor IC for accessing the non-volatile memory for storing an access code. Through the communication port, the manufacturer can interact with the microprocessor to store an access code into the non-volatile memory and retrieve the access code for verification. By virtue of the provision of the | M. Kaplan, "communications port," Wiley Electrical and Electronics Engineering Dictionary, John Wiley & Sonics, Inc.  Hoboken, NJ, 2004, p. 128; SAR005944-45, SAR005961.)<br><br>U.S. Patent No. 5,619,722, "Addressable Communication Port Expander":<br>The computer system comprises a computer having a communication port, a plurality of peripheral devices each having a corresponding communication port, and one or more cascadable inter faces each having an input port and a plurality of output ports." ('722 patent, 5:12-16; SAR006012.)<br><br>"It is obvious to one with ordinary skill in the art that embodiments of the present invention are not limited to the RS-232 |

| Communication port | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | communication port, the factory-programmed access code can be saved into the non-volatile memory after the control circuitry is completely assembled."('100 patent, 3:44-54; '576 patent, 3:39-49; '615 patent, 3:44-54; '405 patent, 4:4-13); <br><br> "It will be appreciated that by installing a communication port, namely the access code I/O 15, in the microprocessor-based control circuit, the manufacturer of the device can access the EPROM by interacting with the microprocessor 14 via the communication port. By virtue of this arrangement, the manufacturer can program the access code into the EPROM as the last step in the manufacturing process, i.e., after the control circuit has been fully assembled. Thus, there is no longer the need to use a EPROM that is pre-programmed with access codes, or to attempt to input the access code into the EPROM by means of pin clips or the like during the manufacturing process. This ability to program the EPROM after the completion of the control circuit imparts significant flexibility, efficiency, and reliability to the manufacturing process." (`100 patent, 7:26-40; '576 patent, 7:21-35; '615 patent, 7:26-40) <br><br> <br> **FIG. 2** | interface standard. For example, the RS-422 interface standard, which allows for an increased transmission rate and greater port-to-port cable lengths than with RS-232, could be the basis for an embodiment employing differential transmitter and receiver circuits. Moreover, embodiments of the present invention are not limited to serial communication ports, but could be applied to parallel communication ports." ('722 patent, 15:25-33; SAR006017.) <br><br> "FIG. 10 shows an interface card embodiment of the present invention. An interface card 500, which contains circuitry for providing an addressable, cascadable interface, can be connected to a computer 502 via an expansion slot 504. The interface card 500 has five |

| Communication port | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | ('100 patent, Fig. 2; '576 patent, Fig. 2; '615 patent, Fig. 2; '405 patent, Fig. 2) FIG. 3 ('100 patent, Fig. 3; '576 patent, Fig. 3; '615 patent, Fig. 3; '405 patent, Fig. 3.) "Applicants intends (sic) to point out that the communicaiton (sic) port is a direct physical connection different from the wireless connection of Henderson.  Applicants intend to point out that the permanent code cannot be reprogrammed via the keypad."  ('100 patent, Interview Summary, December 20, 2006, P. 2) As discussed in the '405 patent, the claim reciting "**a keypad** for entering the input code to access the battery-powered electronic-access control device" was amended to "**a communication port** for receiving the input code to access the battery-powered electronic-access control device." (See, e.g., 405 patent, Applicant Arguments/Remarks Made in Amendment, October 13, 2009; cf. '405 patent, Applicant Arguments/Remarks Made in Amendment, November 21, 2011, p. 2.) "Applicants also assert that support for having two communication ports in the manner claimed in claims 73-75 is found in the original specification. | RS-232 connectors 506 accessible from the back of the computer 502 upon installation of the card 500 in the expansion slot 504. Each of the connectors 506 is coupled to a corresponding one of the five output ports of the interface. The connectors 506 can be of the D9, D25, or DIN variety. Of course, any limitation to either the size of the connectors 506 or the number of connectors 506, imposed by the area available at the back of the interface card 500 can be overcome by providing a pigtail-type connection of the connectors 506 to the interface card 500." ('722 patent, 15:11-24; SAR006017. FIG. 10 (Fig. 10, '722 patent; |

4

| Communication port | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | As stated in paragraph 21 of the Application as published, "[t]he electronic access control device of the present invention has a communication port connected to selected pins of the microprocessor IC for accessing the nonvolatile memory for storing an access code. Through the communication port, the manufacturer can interact with the microprocessor to store an access code into the non-volatile memory and retrieve the access code for verification. By virtue of the provision of the communication port, the factory-programmed access code can be saved into the non-volatile memory after the control circuitry is completely assembled." (615 patent, file history, Applicant Arguments/Remarks Made in Amendment, May 27, 2005, pp. 18-19)<br><br>"**As defined by Merriam-Webster's Online Dictionary, copy attached as "Exhibit A", a port is 'a hardware interface by which a computer communicates with another device or system.'** Thus, support is found for two communication ports such as, but not limited to, a port for the keypad and at least one other port for manufacture interaction with the non-volatile memory.'" (615 patent, file history, Applicant Arguments/Remarks Made in Amendment, May 27, 2005, p. 19, emphasis added.)<br><br>"It will be appreciated that by installing a communication port, namely the access code I/O 15, in the microprocessor-based control circuit, the manufacturer of the device can access the EPROM by interacting with the microprocessor 14 via the communication port. By virtue of this arrangement, the manufacturer can program the access code into the EPROM as the last step in the manufacturing process, i.e., after the control circuit has been fully assembled. Thus, there is no longer the need to use a EPROM that is pre-programmed with access codes, or to attempt to input the access code into the EPROM by means of pin clips or the like during the manufacturing process. This ability to program the EPROM after the | SAR006007.)<br><br>Testimony of Dr. Stephen Heppe discussing how a person having skill in the art at the time of the invention would understand the term "communication port" as it appears in the '576 patent. |

| Communication port | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | completion of the control circuit imparts significant flexibility, efficiency, and reliability to the manufacturing process." ('405 patent, 9:32-46)<br><br>"As recited in claim 27, the non-volatile memory does not have the access code stored therein when it is installed in the microprocessor-based control circuit. The access code is loaded into the non-volatile memory through a communication port only after the control circuit is assembled. Since the assembled control circuit is in an operable state, the access code can be immediately read out from the non-volatile memory through the communication port for confirmation. ... The ability to enter the access code into the nonvolatile memory after the completion of the control circuit imparts significant flexibility, efficiency, and reliability to the manufacturing process. Equally important is the ability to read out the loaded code through the communication port, which eliminates the need for external indicia such as bar-coded labels. As described above, the use of bar-coded labels often requires manual scanning and removal of the labels during the assembling process. In contrast, the loading and read-out of the access code after the completion of the control circuit according to the invention can be performed on a fully automated line, thereby enhancing the manufacturing productivity and reducing the cost of the access control device." ('547 patent, file history, Amendment, June 10, 1999, pp. 4-6. | |
| Schlage | a hardware socket to permit external programming of the non-volatile memory | **Specification**<br>'082 Patent at Abstract; Figs. 2 & 3 (and relevant descriptions); col. 1, ll. 27-44; col. 2, ll. 2-67; col. 3, ll. 18-37; col. 4, ln. 25 – col. 5, ln. 21; and claims<br><br>'576 Patent (representative) at Abstract; Figs. 2, 3, 10A & 10B (and relevant descriptions); col. 1, ll. 38-67; col. 2, ln. 61 – col. 5, ln. 2; col. 5, ln. 61 – col. 6, ln. 13; col. 7, ln. 1 – col. 8, ln. 11; and claims<br><br>'405 Patent at Abstract; Figs. 2, 3, 10A & 10B (and relevant descriptions); | Schlage relies on the intrinsic record of the patent for its construction. Schlage may cite appropriate definitions from dictionaries, technical treatises and the prior art to rebut assertions by Plaintiff that Schlage's |

| Communication port | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; col. 1, ln. 46 – col. 2 ln. 7; col. 3, ln. 31 – col. 6, ln. 32; col. 8, ll. 8-27; col. 9, ll. 32 – col. 10, ln. 21; and claims<br><br>**Prosecution Histories**<br>Schlage reserves the right to rely on the prosecution history of the '082 patent and all related applications and patents, including all prior art cited or referenced therein.  The following are exemplary designations:<br>• Application Serial No. 08/339,555 ('082 patent):  original application and claims filed Sept. 15, 1994.<br>• Application Serial No. 08/760,062 (non-asserted '547 patent):  Non-final Office Action dated June 9, 1998; Amendment dated Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment B dated June 7, 1999; Final Office Action dated Aug. 30, 1999; Examiner Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment dated June 2, 2000; Final Office Action dated July 31, 2000; Amendment dated Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; Amendment dated June 6, 2001; Final Office Action dated Aug. 20, 2001; Amendment after Final dated Oct. 25, 2001.<br>• Application Serial No. 10/024,945 ('576 patent): Amendment dated Jan. 19, 2004; Non-final Office Action dated April 19, 2004; Examiner Interview Summary dated June 22, 2004; Amendment and Remarks dated July 19, 2004; Non-final Office Action dated Sept. 21, 2004; Examiner Interview Summary dated Nov. 12, 2004; Amendments and Remarks dated Feb. 11, 2005; Final Office Action dated May 3, 2005.<br>• Application Serial No. 10/885,948 ('615 patent): Non-final Office Action dated Feb. 23, 2005; Amendment and Communication in Response to Office Action, dated May 23, 2005; Final Office Action dated July 27, 2005; Amendment and Communication in Response to Office Action, | proposed construction does not reflect the plain and ordinary meaning of this claim term. |

| Communication port | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | dated Sept. 27, 2005<br>• Application Serial No. 11/254,263 ('100 patent):<br>Response to Election/Restriction Requirement dated June 22, 2006; Non-final Office Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; Response to Office Action, dated Dec. 22, 2006; Non-final Office Action dated Feb. 6, 2007; Response to Office Action, dated June 19, 2007.<br>• Application Serial No.10/807,935 ('725 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication in Response, dated April 19, 2005; Non-final Office Action dated June 30, 2005; Communication in Response, dated Sept. 27, 2005; Final Office Action dated Dec. 13, 2005; Communication in Response to Final Office Action, dated Feb. 13, 2006; Advisory Action dated March 3, 2006; Appeal Brief dated June 13, 2006; Examiner's Answer dated July 19, 2006; Reply Brief dated Sept. 19, 2006; Patent Board Decision dated Oct. 10, 2007; Examiner Interview Summary dated July 24, 2007; Notice of Allowance (inclusive of Examiner's Amendment) dated Oct. 3, 2008.<br>• Application Serial No. 10/807,936 ('758 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication In Response to Office Action, dated April 19, 2005; Non-final Office Action dated June 24, 2005; Communication in Response to Office Action, dated Sept. 19, 2005; Final Office Action dated Nov. 25, 2005; Communication in Response to Final Office Action, dated Jan. 25, 2006; Appeal Brief dated June 22, 2006; Examiner's Answer dated Aug. 25, 2006; Reply Brief dated Oct. 25, 2006; Non-final Office Action dated Sept. 4, 2008; July 24, 2007, Examiner Interview After Appeal of U.S. Pat App. Nos. 10/807935 and 10/807,936, dated Oct. 2, 2008; Examiner Interview Summary dated Oct. 14, 2008; Response to Office Action Mailed September 4, 2008, dated March 3, 2009; Amendment After Allowance Pursuant to 37 C.F.R. § 1.312, dated Oct. 13, 2009. | |

| Communication port | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | • Application Serial No. 10/885,998 (unasserted '907 patent): Amendment and Communication in Response to Office Action, dated Aug. 9, 2005; Final Office Action dated Oct. 25, 2005; Amendment and Response to Office Action, dated Dec. 23, 2005; Advisory Action dated Jan. 19, 2006; Appeal Brief dated March 24, 2006; Non-final Office Action dated June 20, 2006; Communication in Response to Notice of Non-compliant Amendment, dated Oct. 12, 2006; Final Office Action dated Dec. 13, 2006; Communication in Response to Final Office Action, dated Feb. 13, 2007; Advisory Action dated March 1, 2007; Final Office Action dated Sept. 14, 2007.<br>• Application Serial No.11/137,257 ('405 patent):  Preliminary Amendment dated Feb. 18, 2009; Preliminary Amendment dated Aug. 12, 2009; Supplemental Preliminary Amendment dated Oct. 6, 2009; Preliminary Amendment dated Oct. 14, 2009; Supplemental Preliminary Amendment dated Dec. 31, 2009; Non-final Office Action dated May 27, 2010; Response to Office Action, dated Aug. 27, 2010; Final Office Action dated Dec. 8, 2010; Appeal Brief dated June 8, 2011; Examiner's Answer dated Sept. 19, 2011; Response Filed as Submission for RCE in Accordance with 37 C.F.R. § 1.114 dated Nov. 21, 2011; Response to Restriction Requirement and Requirement for Information dated May 30, 2012 dated July 27, 2012; Non-final Office Action dated Oct. 22, 2012; Applicant-Initiated Interview Summary dated Feb. 1, 2013; Amendment In Response Non-final Office Action dated Feb. 22, 2013.<br>• *Ex Parte* Reexamination 90/012,906 ('547 patent): Patent Owner's Statement dated Nov. 4, 2013.<br>• *Ex Parte* Reexamination 90/012,907 ('758 patent):  Patent Owner's Statement dated Nov. 4, 2013; Notice of Intent to Issue a Reexam Certificate  dated March 12, 2014.<br>• *Ex Parte* Reexamination 90/012,908 Patent Owner's Statement dated | |

9

| Communication port | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | Nov. 5, 2013; Notice of Intent to Issue a Reexam Certificate dated March 19, 2014 | |

| Control station | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| OS Security | No construction necessary | | |
| BRK Brands | N/A | | |
| Sentry | N/A | | |
| Sargent | an active control device adapted to generate and transmit a coded signal | "Hirano, in the same field of endeavor relative to automobiles, discloses a transmitter unit 100 (equivalent to claim 22's "control station for transmitting an electromagnetic signal")…"  (082 patent, Office Action, January 26, 1996, p. 7)<br><br>"The input electronics 60 accepts the code sent from the central control. The method of transmitting the code may take several forms including an electromagnetic signal (such as a RF signal sent by an RF serial bitstream transmitter, or an infrared signal) or a data line (telephone line)." ('082 patent, 7:34-39; '725 patent, 10:9-13; '907 patent, 10:9-13; '405 patent, 12:30-34)<br><br>"When an RF signal is used, the central station transmits a signal via a transmit antenna 63 (transducer that sends radiated electromagnetic fields into space). The radiated waves containing the RF signal contains the bitstream access code which is sent to the input electronics 60." ('082 patent, 7:40-44; '725 patent, 10:14-18; '907 patent, 10:14-18; '405 patent, 12:35-39)<br><br>"Typically, the operator of the control unit 59 which contains the RF transmitter will enable the RF transmitter with a transmit button 58 to | Control station: "within a communications network, the station that manages all operations, such as the orderly flow of traffic." (S. M. Kaplan, "control station," Wiley Electrical and Electronics Engineering Dictionary, John Wiley & Sonics, Inc. Hoboken, NJ, 2004, p. 145; SAR005944-45, SAR005948.)<br><br>Control center: "a location, device, console, terminal, or station which operates, regulates, or manages devices, equipment or systems." (S. M. Kaplan, "control center," Wiley Electrical and Electronics |

| Control station | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | send an RF on-off keying pulse for approximately one second. The RF signal being transmitted is a digital bitstream conditioned to an RF on-off keying signal which takes about two milliseconds in which to transmit one complete signal. The control unit 59 then repeats the signal over and over for the duration that the RF transmitter is enabled." ('082 patent, 8:32-40; '725 patent, 11:5-13; '907 patent,11:5-13; '405 patent, 13:26-34) | Engineering Dictionary, John Wiley & Sonics, Inc. Hoboken, NJ, 2004, p. 144; SAR005944-45, SAR005947.) |
| | | "FIG. 6 highlights another aspect of the invention, the remote operation of the electronic access code device using a battery. The device can be integrated with other electronic devices forming a system of electronic locks. At the center of the system is a central control station whereby each of the devices may be accessed."  ('082 patent, 6:63-67; '725 patent, 725 patent, 9:36-41; '907 patent, 36-41; '405 patent, 11:57-62) | Testimony of Dr. Stephen Heppe discussing how a person having skill in the art at the time of the invention would understand the term "control station" as it appears in the '082 patent. |
| | | FIG. 6 ( '082 patent, Fig.6) | |
| | | "The input electronics 60 accepts the code sent from the central control. The method of transmitting the code may take several forms including an electromagnetic signal (such as a RF signal sent by an RF serial bitstream transmitter, or an infrared signal) or a data line (telephone line)." ('082 patent, 7:34-39) | |

| Control station | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | "FIG. 14 shows another embodiment of the voice operated access control device which includes a central control station 220 and one or more remote devices in the arrangement shown generally in FIG. 6. The central control station 220 may be formed as a hand-held remote control unit which can be conveniently carried and handled by the user. For illustration purposes, two remote devices 212A, 212B are shown, each of which has its own unique identification code. The identification codes are stored in the memories 216A, 216B of the microprocessors 228A, 228B of the respective remote devices. The central control station 220 has a voice recognition IC 200 coupled to a microphone 202 for receiving and recognizing a voice command." ('725 patent, 15:41-53; '907 patent, 15:41-53)

"FIG. 14 shows another embodiment of the voice operated access control device which includes a central control station 1220 and one or more remote devices in the arrangement shown generally in FIG. 6. The central control station 1220 may be formed as a hand-held remote control unit which can be conveniently carried and handled by the user." ('405 patent, 17:62-67)

"This voice-activated remote access control system finds many applications in different settings. For example, as illustrated in FIG. 14, the remote access control device 212A is connected to a file cabinet 240 and a desk 242 in an office for locking and unlocking the cabinet drawers and desk drawers. By way of example, when the user gives the voice command "lock desk," the central control station 220 receives the command through the microphone 202. If the speaker's voice is recognized, the central control station 220 sends out a bitstream signal to cause the remote unit 212A to operate a lock mechanism 241 in the desk 240 to lock the desk drawers." ('725 patent, 16:17-27; '907 patent, 16:17-27) | |

| Control station | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | "This voice-activated remote access control system finds many applications in different settings. For example, as illustrated in FIG. 14, the remote access control device 1212A is connected to a file cabinet 1240 and a desk 1242 in an office for locking and unlocking the cabinet drawers and desk drawers. By way of example, when the user gives the voice command "lock desk," the central control station 1220 receives the command through the microphone 1202. If the speaker's voice is recognized, the central control station 1220 sends out a bitstream signal to cause the remote unit 1212A to operate a lock mechanism 1241 in the desk 1240 to lock the desk drawers. As another example illustrated in FIG. 14, the remote device 1212B is used to control a motor 1243 in a tool chest 1244 to lock and unlock the doors and drawers of the tool chest." ('405 patent, 18:40-54)<br><br><br><br>FIG. 14<br><br>('725 patent, Fig. 14, '907 patent, Fig. 14) | |

| Control station | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | FIG. 14 ('405 patent, Fig. 14.) "In accordance with another aspect of the invention, there is provided an alarm system for a bicycle or a similar manually powered vehicle. As illustrated in FIG. 15, this alarm system includes a remote control 160 mounted in the helmet 162 of the rider of the bicycle 166, and an electronic alarm 164 mounted on the bicycle. The remote control 160 has a transmitter 168 for the wireless transmission of a communication code and other types of control signals to the alarm 164 on the bicycle, which has a receiver 170 for receiving the transmitted signals."  ('725 patent, 17:8-17; '907 patent, 17:18-26; '405 patent, 19:32-41) "In the preferred embodiment, the remote control 160 has a button 172 which when pushed transmits a control signal including the communication code to the alarm 164 on the bicycle to activate or deactivate the alarm. Alternatively, the helmet may be equipped with a keypad for entering an access code by the user. After receiving the access code, the remote control compares the entered access code with a preset access code and transmits the control signals to the electronic alarm on the bicycle when the two access codes match." ('725 patent, 17:18-26; '907 patent, 17:27-36, '405 patent, 19:42-50) | |

| Control station | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | "The central control station 220 may be formed as a hand-held remote control unit which can be conveniently carried and handled by the user." ('725 patent, 15:44-46; '907 patent, 15:44-46)<br><br>"The central control station 1220 may be formed as a hand-held remote control unit which can be conveniently carried and handled by the user." (`405 patent, 17:65-67)<br><br>"As illustrated in FIG. 15 (sic), this alarm system includes a remote control 160 mounted in the helmet 162 of the rider of the bicycle 166, and an electronic alarm 164 mounted on the bicycle. The remote control 160 has a transmitter 168 for the wireless transmission of a communication code and other types of control signals to the alarm 164 on the bicycle, which has a receiver 170 for receiving the transmitted signals.  In the preferred embodiment, the remote control 160 has a button 172 which when pushed transmits a control signal including the communication code to the alarm 164 on the bicycle to activate or deactivate the alarm."  ('725 patent, 17:10-21; '907 patent, 17:10-21)<br><br>"In the preferred embodiment, the remote control 160 has a button 172 which when pushed transmits a control signal including the communication code to the alarm 164 on the bicycle to activate or deactivate the alarm. Alternatively, the helmet may be equipped with a keypad for entering an access code by the user. After receiving the access code, the remote control compares the entered access code with a preset access code and transmits the control signals to the electronic alarm on the bicycle when the two access codes match." ('405 patent, 19:42-50) | |

| Control station | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | ('725 patent, Fig. 16; '907 patent, Fig. 16; '405 patent, Fig. 16.) | |
| Schlage | "control station," as in the claimed "control station for transmitting an electromagnetic signal containing an access code" is subject to 35 U.S.C. § 112 (f/6) **Function:** Transmitting a radio frequency signal set at 320 MHz, an optical signal, or an infrared signal containing an access code **Structure:** This patent fails to disclose structure sufficient to perform the function and is thus invalid under § 112. The only structure disclosed is: | **Specification** '082 Patent at col. 1, ll. 14-27 & 60-67; col. 2, ll. 2-67; col. 7, lines 27-44; col. 8, lines 19-46; FIG. 6 (and relevant description); and claims  **Prosecution Histories** Schlage reserves the right to rely on the prosecution history of the '082 patent and all related applications and patents, including all prior art cited or referenced therein.  The following are exemplary designations: <br>• Application Serial No. 08/339,555; ('082 patent): Non-final Office Action dated June 6, 1999; Amendment and Submission of Corrected Drawings, filed Sept. 13, 1995 | Schlage relies on the intrinsic record of the patent for its construction.  Schlage may cite appropriate definitions from dictionaries, technical treatises and the prior art to rebut assertions by Plaintiff that Schlage's proposed construction does not reflect the plain and ordinary meaning of this claim term. |

| Control station | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | a hand-held control unit 59 of FIG. 6 with a button 58 to activate an RF transmitter<br><br>*See* the '082 Patent at col. 7, lines 27-44; col. 8, lines 19-46; FIG. 6 (and relevant description). | | |

| Dedicated | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| OS Security | No construction necessary | | |
| BRK Brands | N/A | | |
| Sentry | N/A | | |
| Sargent | designated exclusively for a specific use or function | | Dedicated: "Designated for a specific use or function. For example, a communications circuit for use exclusively by specified users or for a particular function, such as data communication." (S. M. Kaplan, "dedicated," Wiley Electrical and Electronics Engineering Dictionary, John Wiley & Sonics, Inc. Hoboken, NJ, 2004, p. 175; SAR005944-45, SAR005969.) Testimony of Dr. Stephen Heppe discussing how a person having skill in the art at the time of the invention would |

19

| Dedicated | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | | understand the term "dedicated" as it appears in the '615 patent. |
| Schlage | "dedicated" means used solely to, *e.g.*, as in "dedicated to writing and reading an access code" means used solely to write and read an access code | **Specification**<br>'082 Patent at Abstract; col. 1, ll. 14-27 & 60-67; col. 2, ll. 2-67; col. 4, ll. 25-45, Figs. 2-5 (and relevant descriptions); and claims<br><br>'576 Patent (representative) at Abstract; col. 1, ll 23-38; col. 2, ll. 11-39; col. 3, ll. 39-49; col. 7, ll. 1-35; Figs. 2-5 (and relevant descriptions); and claims<br><br>'405 Patent at Abstract; col. 1, ll 23-38; col. 2, ll. 11-39; col. 2 ln. 61 – col. 5, ln. 2; col. 4, ll. 4-14; col. 9, ll. 32-46; Figs. 2-5 (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; and claims<br><br>**Prosecution Histories**<br>Schlage reserves the right to rely on the prosecution history of the '082 patent and all related applications and patents, including all prior art cited or referenced therein.  The following are exemplary designations:<br><br>• Application Serial No. 08/339,555 ('082 patent):  original application and claims filed Sept. 15, 1994; Amendment and Submission of Corrected Drawings dated Sept. 13, 1995; Non-final Office Action dated Jan. 26, 1996; Amendment dated June 25, 1996; Notice of Allowance dated Aug. 30, 1996.<br>• Application Serial No. 08/760,062; ('547 patent): Non-final Office Action dated June 9, 1998; Amendment filed Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment filed June 7, 1999; Final Office Action dated Aug. 30, 1999; Examiner Interview Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment filed June 2, 2000; Final Office Action dated July 31, 2000; Amendment filed Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; | Schlage relies on the intrinsic record of the patent for its construction. Schlage may cite appropriate definitions from dictionaries, technical treatises and the prior art to rebut assertions by Plaintiff that Schlage's proposed construction does not reflect the plain and ordinary meaning of this claim term. |

| Dedicated | | | |
|-----------|--|--|--|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Amendment filed June 6, 2001; Final Office Action dated Aug. 20, 2001; and Amendment filed Oct. 25, 2001<br>• Application Serial No. 10/024,945; ('576 patent): Non-final Office Action dated Jan. 23, 2003; Amendment filed June 20, 2003; Non-final Office Action dated Sept. 3, 2003; and Amendment filed Jan. 19, 2004<br>• Application Serial No. 10/885,948; ('615 patent): Non-final Office Action dated Feb. 23, 2005; Amendment *et al.* filed May 23, 2005; Final Office Action dated July 27, 2005; Amendment *et al.* filed Sept. 27, 2005; and Advisory Action dated Oct. 17, 2005<br>• Application Serial No. 11/254,263; ('100 patent): Non-final Office Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; and Response to Office Action, filed Dec. 22, 2006<br>• Application Serial No. 10/807,936, ('758 patent): Final Office Action dated Nov. 25, 2005; Appeal Brief dated June 22, 2006; Examiner's Answer dated Aug. 25, 2006; and Reply Brief filed Oct. 25, 2006<br>• Application Serial No. 11/137,257, ('405 patent): Non-final Office Action dated May 27, 2010; Response to Office Action filed August 27, 2010; Final Office Action dated Dec. 8, 2010; Appeal Brief filed June 8, 2011; Examiner's Answer dated Sept. 19, 2011; and Responses Filed as Submission for RCE, filed Nov. 21, 2011 | |

| Electromagnetic Signal | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| OS Security | No construction necessary | | |
| BRK Brands | N/A | | |
| Sentry | N/A | | |
| Sargent | [not identified][2] | | |
| Schlage | a radio frequency signal at 320 MHz, an optical signal, or an infrared signal | **Specification**<br>'082 Patent at Abstract; Figs. 6 & 7 (and relevant descriptions); col. 1, ll. 14-27; col. 2, ll. 2-67; at col. 6, ln. 62 through col. 9, ln. 14 and claims.<br><br>'576 Patent (representative) at Abstract; Figs. 6, 7, & 14-16 (and relevant descriptions); col. 1, ll 23-38; col. 2, ll. 1-39; col. 2, ln. 61 – col. 5, ln. 2; col. 9, ln. 52-col. 18, ln. 14.<br><br>'405 Patent at Abstract; Figs. 6, 7, & 14-16 (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; col. 1, ll 23-38; col. 2, ll. 1-39; col. 2, ln. 61 – col. 5, ln. 2; col. 9, ln. 52-col. 18, ln. 14.<br><br>**Prosecution Histories**<br>Schlage may rely on the prosecution history of the '082 patent and all related applications and patents, including all prior art cited or referenced therein, for context, rebuttal, or as set forth in its other claim terms. | Schlage relies on the intrinsic record of the patent for its construction. Schlage may cite appropriate definitions from dictionaries, technical treatises and the prior art to rebut assertions by Plaintiff that Schlage's proposed construction does not reflect the plain and ordinary meaning of this claim term. |

---

[2]     The claim "electromagnetic signal" appears in claims asserted against Sargent, but the term was not identified by Plaintiff or Defendant Sargent as a term to be construed in that case.  The term was identified as a term in the Schlage case.  Sargent, if allowed, would offer a claim construction similar to that proposed by Schlage.

| Enabled/disabled – activated/deactivated | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| OS Security | No construction necessary | | |
| BRK Brands | turned on and consuming electrical power / turned off and consuming no electrical power | '576 patent: 8:3-4; 8:34-36; 8:42-45; 9:2-6; 11:58-61; 12:3-5<br><br>'615 patent: 8:8-10; 8:39-41; 8:47-50; 9:5-10; 11:64-67; 12:9-11<br><br>'100 patent, 12:37-40; '907 patent, 4:24-28 | Oxford Dictionaries Definition - "chiefly Computing Make (a device or system) operational; activate."<br><br>S. M. Kaplan, "enabled," Wiley Electrical and Electronics Engineering Dictionary, John Wiley & Sonics, Inc. Hoboken, NJ, 2004, p. 256; SAR005944-45, SAR005972.)<br><br>Enabling: "to make something able to do something." http://www.merriamwebster.com/dictionary/enable<br><br>S. M. Kaplan, "disabled," Wiley Electrical and Electronics Engineering Dictionary, John Wiley & Sonics, Inc. Hoboken, NJ, |

| Enabled/disabled – activated/deactivated | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | | 2004, p. 199; SAR005944-45, SAR005971. |
| Sentry | <u>Enabled / activate / activating:</u> turned on and consuming electrical power <br> <u>Disabled:</u> turned off and consuming no electrical power. | '405 patent: Col. 1, lines 23-38; Col. 2, lines 11-39; Col. 2, line 61 through Col. 5, line 2; Col. 5, line 61 through Col. 6, line 13; Col. 6, lines 43-67; Col. 7, lines 36-48; Col. 8, lines 12-67; Col. 9, line 52 through Col. 18, line 14; Col. 11, line 63 through Col. 12, line 11; Col. 13, lines 64-67; Col. 18, lines 27-29; FIGS. 2, 3, 5, 6, 7, 9, 10A, 10B, 11, 12, 13, 14; Entire prosecution history of '405 patent and all related patents in family. <br><br> '576 patent: Col. 4, lines 26-37; Col. 12, lines 33-54; Col. 12, line 55 through Col. 13, line 3 <br><br> '615 patent: Col. 4, lines 31-42; Col. 12, lines 39-60; Col. 12, line 67 through Col. 13, line 9. <br><br> '100 patent: Col. 4, lines 31-42; Col. 12, lines 37-58; Col. 12, line 59 through Col. 13, line 7 <br><br> *Ex Parte Reexamination* 90/012,906: Patent Owner's Statement dated Nov. 4, 2013. | |
| Sargent | turned on and consuming electrical power / turned off and consuming no electrical power | "In accordance with an aspect of the present invention, the microprocessor-based control circuit further includes a low-battery detection circuit 68 that does not consume electrical power except when a low-battery detection is in progress." ('576 patent, 12:33-36.) <br><br> "The RF decode circuitry 62 will only draw battery power for 1/100 of the time, and thus the battery will last 100 times longer than if the battery were permanently connected to the RF decode circuitry 62." ('758 patent, 10:53-55.) | Enabled: "Turned on, or operating. May refer to a component, circuit, device, piece of equipment, function, program, or system." (S. M. Kaplan, "enabled," Wiley Electrical and Electronics Engineering Dictionary, John Wiley & Sonics, Inc. Hoboken, NJ, 2004, p. 256; SAR005944- |

| Enabled/disabled – activated/deactivated | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
|  |  | "In accordance with a related aspect of the present invention, the electronic access control device employs a low-battery detection circuit that is turned off and therefore consumes no electrical power when the microprocessor is in the sleep mode." ('725 patent, 4:24-28; '907 patent, 4:24-28; '758 patent, 4:24-28.)<br><br>"In accordance with an aspect of the present invention, the microprocessor-based control circuit further includes a low-battery detection circuit 68 that does not consume electrical power except when a low-battery detection is in progress." ('100 patent, 12:37-40) | 45, SAR005972.)<br><br>Enabling: "to make something able to do something." (http://www.merriamwebster.com/dictionary/enable)<br><br>Disabled: "turned off, or prevented from operating. May refer to a component, circuit, device, piece of equipment, function, program, or system." (S. M. Kaplan, "disabled," Wiley Electrical and Electronics Engineering Dictionary, John Wiley & Sonics, Inc. Hoboken, NJ, 2004, p. 199; SAR005944-45, SAR005971.) |
| Schlage | current is flowing through the circuit / no current is flowing through the circuit | **Specification**<br>'082 Patent at Abstract; Figs. 2, 3, 5, 6, and 7 (and relevant descriptions); col. 1, ll. 14-27 & 60-67; col. 2, ll. 2-67; col. 3, ll. 18-38; col. 4, ll. 1-24 & 46-58; col. 5, ln. 22 – col. 6, ln. 10; col. 6, ln. 62 – col. 9, ln. 15; and claims.<br><br>'576 Patent (representative[3]) at Abstract; Figs. 2, 3, 5, 6, 7, 9, 10A, 10B, 11, 12, 13 & 14 (and relevant descriptions); col. 1, ll 23-38; col. 2, ll. 11-39; col. 2, ln. 61 – col. 5, ln. 2; col. 5, ln. 61 – col. 6, ln. 13; col. 6, ll. 43-67; col. 7, ll. | Schlage relies on the intrinsic record of the patent for its construction. Schlage may cite appropriate definitions from dictionaries, technical treatises and the prior art |

---

[3] Citations to the '576 Patent's specification incorporate by reference equivalent citations to other patents having a common specification with the '576 patent.

| Enabled/disabled – activated/deactivated | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | 36-48; col. 8, ll. 12 – 67; col. 9, ln. 52 - col. 18, ln. 14; and claims.<br><br>'405 Patent at Abstract; Figs. 2, 3, 5, 6, 7, 9, 10A, 10B, 11, 12, 13 & 14 (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; col. 1, ll 23-38; col. 2, ll. 11-39; col. 2, ln. 61 – col. 5, ln. 2; col. 5, ln. 61 – col. 6, ln. 13; col. 6, ll. 43-67; col. 7, ll. 36-48; col. 8, ll. 12 – 67; col. 9, ln. 52-col. 18, ln. 14; and claims.<br><br>**Prosecution Histories**<br>Schlage reserves the right to rely on the prosecution history of the '082 patent and all related applications and patents, including all prior art cited or referenced therein.  The following are exemplary designations:<br>• Application Serial No. 08/339,555 ('082 patent):  original application and claims filed Sept. 15, 1994; Amendment and Submission of Corrected Drawings dated Sept. 13, 1995; Non-final Office Action dated Jan. 26, 1996; Amendment dated June 25, 1996; Notice of Allowance dated Aug. 30, 1996.<br>• Application Serial No. 08/760,062 (non-asserted '547 patent):  Non-final Office Action dated June 9, 1998; Amendment dated Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment B dated June 7, 1999; Final Office Action dated Aug. 30, 1999; Examiner Interview Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment dated June 2, 2000; Final Office Action dated July 31, 2000; Amendment dated Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; Amendment dated June 6, 2001; Final Office Action dated Aug. 20, 2001; Amendment after Final dated Oct. 25, 2001.<br>• Application Serial No. 10/024,945 ('576 patent): Amendment dated Jan. 19, 2004; Non-final Office Action dated April 19, 2004; Examiner Interview Summary dated June 22, 2004; Amendment and Remarks dated July 19, 2004; Non-final Office Action dated Sept. 21, 2004; | to rebut assertions by Plaintiff that Schlage's proposed construction does not reflect the plain and ordinary meaning of this claim term. |

| Enabled/disabled – activated/deactivated | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Examiner Interview Summary dated Nov. 12, 2004; Amendments and Remarks dated Feb. 11, 2005; Final Office Action dated May 3, 2005. <br>• Application Serial No. 10/885,948 ('615 patent): Non-final Office Action dated Feb. 23, 2005; Amendment and Communication in Response to Office Action, dated May 23, 2005; Final Office Action dated July 27, 2005; Amendment and Communication in Response to Office Action, dated Sept. 27, 2005. <br>• Application Serial No. 11/254,263 ('100 patent):  Response to Election/Restriction Requirement dated June 22, 2006; Non-final Office Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; Response to Office Action, dated Dec. 22, 2006; Non-final Office Action dated Feb. 6, 2007; Response to Office Action, dated June 19, 2007. <br>• Application Serial No.10/807,935 ('725 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication in Response, dated April 19, 2005; Non-final Office Action dated June 30, 2005; Communication in Response, dated Sept. 27, 2005; Final Office Action dated Dec. 13, 2005; Communication in Response to Final Office Action, dated Feb. 13, 2006; Advisory Action dated March 3, 2006; Appeal Brief dated June 13, 2006; Examiner's Answer dated July 19, 2006; Reply Brief dated Sept. 19, 2006; Patent Board Decision dated Oct. 10, 2007; Examiner Interview Summary dated July 24, 2007; Notice of Allowance (inclusive of Examiner's Amendment) dated Oct. 3, 2008. <br>• Application Serial No. 10/807,936 ('758 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication In Response to Office Action, dated April 19, 2005; Non-final Office Action dated June 24, 2005; Communication in Response to Office Action, dated Sept. 19, 2005; Final Office Action dated Nov. 25, 2005; Communication in Response to Final Office Action, dated Jan. 25, 2006; Appeal Brief dated June 22, 2006; Examiner's Answer dated Aug. 25, 2006; Reply Brief | |

| Enabled/disabled – activated/deactivated | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | dated Oct. 25, 2006; Non-final Office Action dated Sept. 4, 2008; July 24, 2007, Examiner Interview After Appeal of U.S. Pat App. Nos. 10/807935 and 10/807,936, dated Oct. 2, 2008; Examiner Interview Summary dated Oct. 14, 2008; Response to Office Action Mailed September 4, 2008, dated March 3, 2009; Amendment After Allowance Pursuant to 37 C.F.R. § 1.312, dated Oct. 13, 2009.<br>• Application Serial No. 10/885,998 (unasserted '907 patent): Amendment and Communication in Response to Office Action, dated Aug. 9, 2005; Final Office Action dated Oct. 25, 2005; Amendment and Response to Office Action, dated Dec. 23, 2005; Advisory Action dated Jan. 19, 2006; Appeal Brief dated March 24, 2006; Non-final Office Action dated June 20, 2006; Communication in Response to Notice of Non-compliant Amendment, dated Oct. 12, 2006; Final Office Action dated Dec. 13, 2006; Communication in Response to Final Office Action, dated Feb. 13, 2007; Advisory Action dated March 1, 2007; Final Office Action dated Sept. 14, 2007.<br>• Application Serial No.11/137,257 ('405 patent):  Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms.<br>• *Ex Parte* Reexamination 90/012,906 ('547 patent): Patent Owner's Statement dated Nov. 4, 2013; Notice of Intent to Issue a Reexam Certificate dated March 19, 2014.<br>• *Ex Parte* Reexamination 90/012,907 ('758 patent):  Patent Owner's Statement dated Nov. 4, 2013; Notice of Intent to Issue a Reexam Certificate  dated March 12, 2014.<br>• *Ex Parte* Reexamination 90/012,908 Patent Owner's Statement dated Nov. 5, 2013; Notice of Intent to Issue a Reexam Certificate dated March 19, 2014. | |

| Input code / input access code / input key code | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| OS Security | A code (e.g. a series of keys and/or an electronic key) for accessing a secure area | '615: 1:62 – 2:15; 2:36-62; 3:3-7; 3:44 – 4:11; 4:43-53; 6:5-17; 6:40 – 9:14; 9:55 – 12:38; 13:10 – 18:20; FIGs. 1-16

'576: 1:57 – 2:10; 2:31-57; 2:65 – 3:2; 3:36 – 4:6; 4:38-49; 6:1-14; 6:36 – 9:6; 9:52 – 12:33; 13:4 – 18:14; FIGs. 1-16

'100: 1:61 – 2:14; 2:36-62; 3:3-7; 3:44 – 4:11; 4:43-54; 6:5-17; 6:40 – 9:14; 9:55 – 12:36; 13:8 – 18:19; FIGs. 1-16

'725: 1:60 – 2:12; 2:32-57; 2:65 – 3:2; 3:39 – 4:4; 4:37-46; 5:61 – 6:5; 6:27 – 8:63; 9:32 – 12:14; 12:51 – 17:47; FIGs. 1-16

'907: 1:60 – 2:12; 2:32-57; 2:65 – 3:2; 3:39 – 4:4; 4:37-46; 5:61 – 6:5; 6:27 – 8:63; 9:36 – 12:13; 12:51 – 17:47; FIGs. 1-16

'758: 1:59 – 2:11; 2:31-55; 2:63-67; 3:37 – 4:2; 4:36-46; 5:61 – 6:5; 6:27 – 8:63; 9:36 – 12:13; 12:51 – 17:47; FIGs. 1-16

'405: 1:30 – 2:16; 2:37-62; 3:30-40; 3:57 – 4:44; 4:64 – 6:28; 8:8 – 11:17; 11:57 – 14:34; 15:5 – 20:12; FIGs. 1-33

'082: 2:13-16; 2:23-35; 2:44-52; 3:18 – 6:20; 6:62 – 9:14; FIGs. 1-7 | "access code" a sequence of characters that allows the user access to a secure area or to a secure system http://www.collinsdictionary.com/dictionary/english/access-code

An identification number and/or password used to gain access into a computer system. http://encyclopedia2.thefreedictionary.com/access+code

"input signal" signal going into an electronic system http://www.thefreedictionary.com/input+signal http://www.vocabulary.com/dictionary/input_signal#word=input%20signal |
| BRK Brands | Indefinite | | |

| Input code / input access code / input key code | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| Sentry | Indefinite. | | |
| Sargent | ***As to "input code" in '758, '725, and '907 Patents:***<br><br>input code communicated via said electromagnetic signal set at 320 MHz<br><br>***As to terms appearing in '576, '615, '100, and '405 Patents:***<br><br>No construction necessary | "The RF decode circuitry 62 consists of two bipolar junction transistors Q1, Q2, two Operational Amplifiers, OP1 and OP2, and resistors, capacitors, inductors and diodes connected to these components. The RF input signal is referred to as an on-off keying of high frequency bursts for set time frames. In the present invention, the frequency is set at 320 MHz. A burst of frequency is detected by the Q1 and Q2 transistors with their circuits tuned to the correct frequency (320 MHz in this example). The RF decode circuitry 62 then senses the data bitstream sent in the form of digital 1 data signal and digital 0 dead band of no frequency. Thus, a train of on and off frequency pulses would be received by the antenna, conditioned and amplified by Q1 and Q2 of the RF decode circuitry 62, and converted to bitstream 1 and 0 digital signals by the two operational amplifier signal conditioners OP1 and OP2." ('758 patent, 10:56-11:4.) | |
| Schlage | Indefinite | The term is indefinite as used in the claims asserted against Schlage | |

| Low battery detection circuit | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| OS Security | A circuit that determines whether measured battery voltage is below a certain level | '615: 2:30-35; 4:31-42; 12:39 – 13:9; FIG. 8<br><br>'576: 2:25-30; 4:26-37; 12:33 – 13:3; FIG. 8<br><br>'100: 2:29-34; 4:31-42; 12:37 – 13:7; FIG. 8<br><br>'907: 2:25-32; 4:24-36; 12:14-50; FIG. 8<br><br>'758: 2:24-30; 4:24-35; 12:14-50; FIG. 8<br><br>'405: 2:30-36; 4:52-63; 14:35 – 15:4; FIG. 8 | |
| BRK Brands | A circuit that generates a reference voltage when turned on, and compares the reference voltage to the voltage of the battery | '082 Patent at Abstract; Figs. 2 & 3 (and relevant descriptions); col. 1, ll. 27-44; col. 2, ll. 2-67; col. 3, ll. 18-37; col. 4, ln. 25 – col. 5, ln. 21; and claims<br>'576 Patent (representative) at Abstract; Figs. 2, 3, 10A & 10B (and relevant descriptions); col. 1, ll. 38-67; col. 2, ln. 61 – col. 5, ln. 2; col. 5, ln. 61 – col. 6, ln. 13; col. 7, ln. 1 – col. 8, ln. 11; and claims<br>'405 Patent at Abstract; Figs. 2, 3, 10A & 10B (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; col. 1, ln. 46 – col. 2 ln. 7; col. 3, ln. 31 – col. 6, ln. 32; col. 8, ll. 8-27; col. 9, ll. 32 – col. 10, ln. 21; and claims<br>Application Serial No. 08/339,555 ('082 patent): Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms.<br>Application Serial No. 08/760,062 (non-asserted '547 patent): Non-final Office Action dated June 9, 1998; Amendment dated Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment B dated June 7, 1999; | |

| Low battery detection circuit | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Final Office Action dated Aug. 30, 1999; Examiner Interview Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment dated June 2, 2000; Final Office Action dated July 31, 2000; Amendment dated Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; Amendment dated June 6, 2001; Final Office Action dated Aug. 20, 2001; Amendment after Final dated Oct. 25, 2001. App. No. 10/024,945; the '576 patent: Amendment filed June 20, 2003; and Amendment filed Jan. 19, 2004 Application Serial No. 10/885,948 ('615 patent): Nonfinal Office Action dated Feb. 23, 2005; Amendment and Communication in Response to Office Action, dated May 23, 2005; Final Office Action dated July 27, 2005; Amendment and Communication in Response to Office Action, dated Sept. 27, 2005 Application Serial No. 11/254,263 ('100 patent): Response to Election/Restriction Requirement dated June 22, 2006; Non-final Office Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; Response to Office Action, dated Dec. 22, 2006; Non-final Office Action dated Feb. 6, 2007; Response to Office Action, dated June 19, 2007. Application Serial No.10/807,935 ('725 patent): Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms. • Application Serial No. 10/807,936 ('758 patent): Nonfinal Office Action, dated Aug. 9, 2005; Final Office Action dated Oct. 25, 2005; Amendment and Response to Office Action, dated Dec. 23, 2005; Advisory Action dated Jan. 19, 2006; Appeal Brief dated March 24, 2006; Non-final Office Action dated June 20, 2006; Communication in Response to Notice of Non-compliant Amendment, dated Oct. 12, 2006; Final Office Action dated Dec. 13, 2006; Communication in Response to Final Office Action, dated Feb. 13, 2007; Advisory Action dated March 1, 2007; Final Office Action dated Sept. 14, 2007. Application Serial No.11/137,257 ('405 patent): Preliminary Amendment | |

| Low battery detection circuit | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | dated Feb. 18, 2009;vPreliminary Amendment dated Aug. 12, 2009; Supplemental Preliminary Amendment dated Oct. 6, 2009; Preliminary Amendment dated Oct. 14, 2009; Supplemental Preliminary Amendment dated Dec. 31, 2009; Non-final Office Action dated May 27, 2010; Response to Office Action, dated Aug. 27, 2010; Final Office Action dated Dec. 8, 2010; Appeal Brief dated June 8, 2011; Examiner's Answer dated Sept. 19, 2011; Response Filed as Submission for RCE in Accordance with 37 C.F.R. § 1.114 dated Nov. 21, 2011; Response to Restriction Requirement and Requirement for Information dated May 30, 2012 dated July 27, 2012; Non-final Office Action dated Oct. 22, 2012; Applicant-Initiated Interview Summary dated Feb. 1, 2013; Amendment In Response Non-final Office Action dated Feb. 22, 2013. <br><br> Ex Parte Reexamination 90/012,906 ('547 patent): Patent Owner's Statement dated Nov. 4, 2013. <br> Ex Parte Reexamination 90/012,907 ('758 patent): Patent Owner's Statement dated Nov. 4, 2013; Notice of Intent to Issue a Reexam Certificate dated March 12, 2014. <br> Ex Parte Reexamination 90/012,908 Patent Owner's Statement dated Nov. 5, 2013; Notice of Intent to Issue a Reexam Certificate dated March 19, 2014 | |
| Sentry | A circuit including a voltage divider and a first transistor to compare a voltage of a battery and a reference voltage, and a second transistor disposed in series with the voltage divider to selectively | '576 patent: Col. 3, lines 15-18; Col. 4, lines 26-37; Col. 12, lines 33-54; Col. 12, line 55 through Col. 13, line 3. <br><br> '615 patent: Col. 3, lines 20-23; Col. 4, lines 31-42; Col. 12, lines 39-60; Col. 12, line 61 through Col. 13, line 9.'615 patent application: Response dated May 23, 2005, pgs. 16-17. <br><br> '100 patent: Col. 3, lines 20-23; Col. 4, lines 31-42; Col. 12, lines 37-58; Col. 12, line 59 through Col. 13, line 7. | |

| Low battery detection circuit | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | turn the current through the voltage divider on and off. | '405 patent: Col. 3, lines 53-56; Col. 4, lines 52-63; Col. 14, lines 35-55; Col. 14, line 56 through Col. 15, line 4.  Ex Parte Reexamination 90/012,906: Patent Owner's Statement dated Nov. 4, 2013. Ex Parte Reexamination 90/012,907: Patent Owner's Statement dated November 4, 2013; Notice of Intent to Issue a Reexam Certificate dated March 12, 2014.  Ex Parte Reexamination 90/012,908: Patent Owner's Statement dated November 5, 2013; Notice of Intent to Issue a Reexam Certificate dated March 19, 2014. | |
| Sargent | No construction necessary | | |
| Schlage | a circuit that turns on and off and generates a reference voltage and compares the reference voltage to the voltage of the battery | **Specification** '082 Patent at Abstract; Figs. 2 & 3 (and relevant descriptions); col. 1, ll. 27-44; col. 2, ll. 2-67; col. 3, ll. 18-37; col. 4, ln. 25 – col. 5, ln. 21; and claims  '576 Patent (representative) at Abstract; Figs. 2, 3, 10A & 10B (and relevant descriptions); col. 1, ll. 38-67; col. 2, ln. 61 – col. 5, ln. 2; col. 5, ln. 61 – col. 6, ln. 13; col. 7, ln. 1 – col. 8, ln. 11; and claims  '405 Patent at Abstract; Figs. 2, 3, 10A & 10B (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; col. 1, ln. 46 – col. 2 ln. 7; col. 3, ln. 31 – col. 6, ln. 32; col. 8, ll. 8-27; col. 9, ll. 32 – col. 10, ln. 21; and claims  **Prosecution Histories** Schlage reserves the right to rely on the prosecution history of the '082 patent and all related applications and patents, including all prior art cited | Schlage relies on the intrinsic record of the patent for its construction. Schlage may cite appropriate definitions from dictionaries, technical treatises and the prior art to rebut assertions by Plaintiff that Schlage's proposed construction does not reflect the plain and ordinary meaning of this claim term. |

| Low battery detection circuit | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | or referenced therein.  The following are exemplary designations:<br>• Application Serial No. 08/339,555 ('082 patent):  Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms.<br>• Application Serial No. 08/760,062 (non-asserted '547 patent):  Non-final Office Action dated June 9, 1998; Amendment dated Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment B dated June 7, 1999; Final Office Action dated Aug. 30, 1999; Examiner Interview Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment dated June 2, 2000; Final Office Action dated July 31, 2000; Amendment dated Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; Amendment dated June 6, 2001; Final Office Action dated Aug. 20, 2001; Amendment after Final dated Oct. 25, 2001.<br>• App. No. 10/024,945; the '576 patent: Amendment filed June 20, 2003; and Amendment filed Jan. 19, 2004<br>• Application Serial No. 10/885,948 ('615 patent): Non-final Office Action dated Feb. 23, 2005; Amendment and Communication in Response to Office Action, dated May 23, 2005; Final Office Action dated July 27, 2005; Amendment and Communication in Response to Office Action, dated Sept. 27, 2005<br>• Application Serial No. 11/254,263 ('100 patent):  Response to Election/Restriction Requirement dated June 22, 2006; Non-final Office Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; Response to Office Action, dated Dec. 22, 2006; Non-final Office Action dated Feb. 6, 2007; Response to Office Action, dated June 19, 2007.<br>• Application Serial No.10/807,935 ('725 patent): Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms. | |

| Low battery detection circuit | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | • Application Serial No. 10/807,936 ('758 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication In Response to Office Action, dated April 19, 2005; Non-final Office Action dated June 24, 2005; Communication in Response to Office Action, dated Sept. 19, 2005; Final Office Action dated Nov. 25, 2005; Communication in Response to Final Office Action, dated Jan. 25, 2006; Appeal Brief dated June 22, 2006; Examiner's Answer dated Aug. 25, 2006; Reply Brief dated Oct. 25, 2006; Non-final Office Action dated Sept. 4, 2008; July 24, 2007, Examiner Interview After Appeal of U.S. Pat App. Nos. 10/807935 and 10/807,936, dated Oct. 2, 2008; Examiner Interview Summary dated Oct. 14, 2008; Response to Office Action Mailed September 4, 2008, dated March 3, 2009; Amendment After Allowance Pursuant to 37 C.F.R. § 1.312, dated Oct. 13, 2009. <br>• Application Serial No. 10/885,998 (unasserted '907 patent): Amendment and Communication in Response to Office Action, dated Aug. 9, 2005; Final Office Action dated Oct. 25, 2005; Amendment and Response to Office Action, dated Dec. 23, 2005; Advisory Action dated Jan. 19, 2006; Appeal Brief dated March 24, 2006; Non-final Office Action dated June 20, 2006; Communication in Response to Notice of Non-compliant Amendment, dated Oct. 12, 2006; Final Office Action dated Dec. 13, 2006; Communication in Response to Final Office Action, dated Feb. 13, 2007; Advisory Action dated March 1, 2007; Final Office Action dated Sept. 14, 2007. <br>• Application Serial No.11/137,257 ('405 patent):  Preliminary Amendment dated Feb. 18, 2009; Preliminary Amendment dated Aug. 12, 2009; Supplemental Preliminary Amendment dated Oct. 6, 2009; Preliminary Amendment dated Oct. 14, 2009; Supplemental Preliminary Amendment dated Dec. 31, 2009; Non-final Office Action dated May 27, 2010; Response to Office Action, dated Aug. 27, 2010; Final Office Action dated Dec. 8, 2010; Appeal Brief dated June 8, 2011; Examiner's Answer dated Sept. 19, 2011; Response Filed as Submission | |

| Low battery detection circuit | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | for RCE in Accordance with 37 C.F.R. § 1.114 dated Nov. 21, 2011; Response to Restriction Requirement and Requirement for Information dated May 30, 2012 dated July 27, 2012; Non-final Office Action dated Oct. 22, 2012; Applicant-Initiated Interview Summary dated Feb. 1, 2013; Amendment In Response Non-final Office Action dated Feb. 22, 2013. <br>• *Ex Parte* Reexamination 90/012,906 ('547 patent): Patent Owner's Statement dated Nov. 4, 2013. <br>• *Ex Parte* Reexamination 90/012,907 ('758 patent):  Patent Owner's Statement dated Nov. 4, 2013; Notice of Intent to Issue a Reexam Certificate  dated March 12, 2014. <br>• *Ex Parte* Reexamination 90/012,908 Patent Owner's Statement dated Nov. 5, 2013; Notice of Intent to Issue a Reexam Certificate dated March 19, 2014 | |

| Means for sensing | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| OS Security | No construction necessary. | | |
| BRK Brands | N/A | | |
| Sentry | N/A | | |
| Sargent | "antenna and circuitry sensing an electromagnetic signal set at 320 MHz"<br><br>Pursuant to S.P.R. 3.2, Defendants believe that this claim element is governed by 35 U.S.C. § 112(6)1(0. This claim is indefinite at least because the '082 patent fails to disclose structure, material or acts for performing the claimed function. This claim is therefore rendered invalid under at least § 112. To the extent this claim is even capable of construction, Defendants construe it | "The input electronics 60 contains the RF wake-up 61 and the RF decode circuitry 62 … The RF wake-up circuit 61 then sends a wake-up enable signal to the RF decode circuit 62. The RF decode circuit 62, via the antenna 63, translates it into a series of bits and then sends the digital bitstream signal to the processing electronics 65 to determine if the digital bitstream signal contains the access code." ('082 patent, 7:44-56)<br><br>"When the RF wake-up circuit 61 senses, via the antenna 66, that there is a signal tuned to the low frequency carrier wave, the RF wake-up circuit 61 sends a wake-up enable signal to the RF decode circuit 62. The RF decode circuit 62 then accepts the RF bitstream access code signal, and translates it into a series of bits for the microprocessor 14." ('082 patent, 7:61-67)<br><br>"The RF decode circuitry 62 consists of two bipolar junction transistors Q1, Q2, two operational Amplifiers, OP1 and OP2, and resistors, capacitors, inductors and diodes connected to these components. The RF input signal is referred to as an on-off keying of high frequency bursts for set time frames. In the present invention, the frequency is set at 320 MHz. A burst of frequency is detected by the Q1 and Q2 transistors with their circuits tuned to the correct frequency (320 MHz in this example). The RF decode | Sensing: "to be or become aware of; to comprehend; understand; to detect automatically, as by sensors." (V. Neufeldt, "sensing," Webster's New World College Dictionary, Third Edition, New York, NY, 1997, p. 1222; SAR005957-59.)<br><br>Sensing Circuit: "A circuit whose function is to detect the occurrence of some event at its input terminals."   (IEEE 100: The Authoritative Dictionary of IEEE Standard Terms, "sensing circuit", Seventh Edition, New York, NY, 2000, p. 1025; SAR005954-56.) |

| Means for sensing | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | as indicated herein. | circuitry 62 then senses the data bitstream sent in the form of digital 1 data signal and digital 0 dead band of no frequency. Thus, a train of on and off frequency pulses would be received by the antenna, conditioned and amplified by Q1 and Q2 of the RF decode circuitry 62, and converted to bitstream 1 and 0 digital signals by the two operational amplifier signal conditioners OP1 and OP2." ('082 patent, 8:16-310 | Testimony of Dr. Stephen Heppe that the '082 patent fails to provide structure and is internally inconsistent with respect to the phrase "means for sensing an input signal." |

**FIG. 6**

('082 patent, Figure 6)

"FIG. 7 shows the schematic of the input electronics 60 wherein the RF wake-up circuit 61 periodically wakes up from a low power sleep mode and senses if there is an incoming RF signal. The RF wake-up circuit 61 consists of two low-power CMOS inverter gates, INV1 and INV2, a CMOS transistor Q3, resistors, and a capacitor. The two inverters INV1 and INV2 are configured in an oscillator configuration in a ratio of 1 to 100. In other words, the oscillator will switch on for 1/100 of a second." ('082 patent,

| Means for sensing | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | 8:1-8)<br><br><br>**FIG. 7**<br>('082 patent, Figure 7.) | |
| Schlage | <u>Subject to 35 U.S.C. § 112(6/f)</u><br><br>**Function:**<br>Sensing an incoming radio frequency signal set at 320 MHz, an optical signal, or an infrared signal<br><br>**Structure:**<br>This patent fails to disclose structure sufficient to perform | **Specification**<br>'082 Patent at col. 1, ll. 14-27 & 60-67; col. 2, ll. 2-67; col. 7, lines 40-56; col. 8, lines 1-54; FIGS. 6 & 7 (and relevant description); and claims<br><br>**Prosecution Histories**<br>Schlage reserves the right to rely on the prosecution history of the '082 patent and all related applications and patents, including all prior art cited or referenced therein.  The following are exemplary designations:<br>• Application Serial No. 08/339,555; ('082 patent): Amendment and Submission of Corrected Drawings, filed Sept. 13, 1995; Amendment, filed Aug. 30, 1996 | Schlage relies on the intrinsic record of the patent for its construction. Schlage may cite appropriate definitions from dictionaries, technical treatises and the prior art to rebut assertions by Plaintiff that Schlage's proposed construction does not reflect the plain and ordinary meaning of |

| Means for sensing | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | the function and is thus invalid under § 112. The only structure disclosed is:<br><br>R.F. wake-up circuit 61 (shown in FIG. 7), R.F. decode circuit 62 (shown in FIG. 7), and antenna 63 (shown in FIG. 6)<br><br>*See* '082 Patent at col. 7, lines 40-56; col. 8, lines 1-54; FIGS. 6 & 7 (and relevant description). | | this claim term. |

| microprocessor is programmed to enter a code programming sequence in response to a pressing of the program key / code programming operation | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| OS Security | A mode where a memory location is able to be modified | '576: 3:29-38; 7:1 – 8:67; 12:6-54; 13:60 -14:64; 16:61 – 17:38; FIGs. 3-5; FIG. 8; FIGs. 10A-11; FIG. 15. | |
| BRK Brands | "code programming operation":  the mode in which a new access code can be programmed into the non-volatile memory | '100 patent: 7:11-16; 7:30-33; 7:37-40; 7:55-8:1; 8:20-52; 12:18-22. | |
| Sentry | Programmed instructions stored in memory for execution by the microprocessor that allows an additional access code to be stored in the non-volatile memory in addition to the previously stored access code, wherein either: 1) the previously stored access code can also be used to access the electronic access control device; or 2) the previously stored access code is temporarily | '576 patent: Col. 8, lines 12-33; Col. 8, lines 34-47; Col. 8, lines 48-51.<br><br>'615 patent: Col. 8, lines 17-38; Col. 8, lines 39-52.<br><br>'100 patent: Col. 5, lines 65-67; Col. 6, lines 40-46; FIGS. 1, 3, 8; Col. 8, lines 17-38; Col. 8, lines 39-52; Col. 8, lines 53-56. | Webster's Encyclopedic Unabridged Dictionary of the English Language, Random House Value Publishing Inc. (1996), pgs. 1051-52. |

| microprocessor is programmed to enter a code programming sequence in response to a pressing of the program key / code programming operation | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | disabled. | | |
| Sargent | [Not present in claims asserted against Sargent] | | |
| Schlage | The claim term including the recited "code programming sequence" is not asserted against Schlage; however, see "program key" | See "program key" | |

| Portion | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| OS Security | No construction necessary | | |
| BRK Brands | N/A | | |
| Sentry | N/A | | |
| Sargent | "a part of a larger amount" | | Portion: "a part of a larger amount, area, etc."  (See, e.g.,  http://www.merriam-webster.com/dictionary/portion, SAR006036-38.)<br><br>Testimony of Dr. Stephen Heppe discussing how a person having skill in the art at the time of the invention would understand the term "portion" as it appears in the '758 patent. |
| Schlage | As used in the asserted claims of the '758 patent, "portion" is indefinite under 35 U.S.C. § 112, second paragraph, *e.g.,*<br><br>"a circuit having a portion . . . during a first time period . . . | The term is indefinite as used in the claims asserted against Schlage | |

| Portion | | | |
|---------|---------|---------|---------|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | a portion of the circuit . . . during a second time period . . . a portion of the circuit being . . . for an extended time period that is greater than the second time period . . . a portion of the circuit . . . during the extended time period . . ." <br><br> the low-battery detection circuit . . . during the first time period and . . . during or after either the second or the extended time period. | | |

| Program key | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| OS Security | No construction necessary | | |
| BRK Brands | a dedicated button that, without any other key stroke, initiates a code programming operation | '082 Patent at Abstract; Figs. 2-7 (and relevant descriptions); col. 1, ll. 27-44; col. 2, ll. 13-43; col. 3, ll. 46-60; col. 4, ll. 1-45; col. 4, ln. 59 through col. 5, ln. 8; col. 5, ll. 22-62; and claims.<br><br>'576 Patent (representative) at Abstract; Figs. 2-7, 8, 10A, 10B (and relevant descriptions); col. 1, ll. 22-56; col. 6, ll. 12-60; col. 7, ll. 1-35 and ll. 46-65; col. 12, ll. 14-32; col. 13, ln. 61 through col. 14, ln. 4; col. 14, ll. 50-64; col. 16, ln. 61 through col. 17, ln. 39; and claims.<br><br>'405 Patent at Abstract; Figs. 2-7, 8, 10A, 10B (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; col. 1, ll. 22-56; col. 6, ll. 12-60; col. 7, ll. 1-35 and ll. 46-65; col. 12, ll. 14-32; col. 13, ln. 61 through col. 14, ln. 4; col. 14, ll. 50-64; col. 16, ln. 61 through col. 17, ln. 39; and claims.<br><br>Application Serial No. 08/339,555 ('082 patent): Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms.<br>Application Serial No. 08/760,062 (non-asserted '547 patent): Non-final Office Action dated June 9, 1998; Amendment dated Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment B dated June 7, 1999; Final Office Action dated Aug. 30, 1999; Examiner Interview Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment dated June 2, 2000; Final Office Action dated July 31, 2000; | |

| Program key | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Amendment dated Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; Amendment dated June 6, 2001; Final Office Action dated Aug. 20, 2001; Amendment after Final dated Oct. 25, 2001.<br>Application Serial No. 10/024,945 ('576 patent): Amendment dated Jan. 19, 2004; Non-final Office Action dated April 19, 2004; Examiner Interview Summary dated June 22, 2004; Amendment and Remarks dated July 19, 2004; Non-final Office Action dated Sept. 21, 2004; Examiner Interview Summary dated Nov. 12, 2004; Amendments and Remarks dated Feb. 11, 2005; Final Office Action dated May 3, 2005.<br>Application Serial No. 10/885,948 ('615 patent): Nonfinal Office Action dated Feb. 23, 2005; Amendment and Communication in Response to Office Action, dated May 23, 2005; Final Office Action dated July 27, 2005; Amendment and Communication in Response to Office Action, dated Sept. 27, 2005.<br>Application Serial No. 11/254,263 ('100 patent): Response to Election/Restriction Requirement dated June 22, 2006; Non-final Office Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; Response to Office Action, dated Dec. 22, 2006; Nonfinal Office Action dated Feb. 6, 2007; Response to Office Action, dated June 19, 2007.<br>Application Serial No.10/807,935 ('725 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication in Response, dated April 19, 2005; Nonfinal Office Action dated June 30, 2005; Communication in Response, dated Sept. 27, 2005; Final Office Action dated Dec. 13, 2005; Communication in Response to Final Office Action, dated Feb. 13, 2006; Advisory Action dated March 3, 2006; Appeal Brief dated June 13, 2006; Examiner's Answer dated July 19, 2006; Reply Brief dated Sept. 19, 2006; Patent Board Decision dated Oct. 10, 2007; Examiner Interview Summary dated July 24, 2007; Notice of Allowance (inclusive of Examiner's Amendment) dated Oct. 3, 2008.<br>Application Serial No. 10/807,936 ('758 patent): Nonfinal Office Action dated Jan. 21, 2005; Amendment and Communication In Response to | |

| Program key | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Office Action, dated April 19, 2005; Non-final Office Action dated June 24, 2005; Communication in Response to Office Action, dated Sept. 19, 2005; Final Office Action dated Nov. 25, 2005; Communication in Response to Final Office Action, dated Jan. 25, 2006; Appeal Brief dated June 22, 2006; Examiner's Answer dated Aug. 25, 2006; Reply Brief dated Oct. 25, 2006; Non-final Office Action dated Sept. 4, 2008; July 24, 2007, Examiner Interview After Appeal of U.S. Pat App. Nos. 10/807935 and 10/807,936, dated Oct. 2, 2008; Examiner Interview Summary dated Oct. 14, 2008; Response to Office Action Mailed September 4, 2008, dated March 3, 2009; Amendment After Allowance Pursuant to 37 C.F.R. § 1.312, dated Oct. 13, 2009. Application Serial No. 10/885,998 (unasserted '907 patent): Amendment and Communication in Response to Office Action, dated Aug. 9, 2005; Final Office Action dated Oct. 25, 2005; Amendment and Response to Office Action, dated Dec. 23, 2005; Advisory Action dated Jan. 19, 2006; Appeal Brief dated March 24, 2006; Non-final Office Action dated June 20, 2006; Communication in Response to Notice of Non-compliant Amendment, dated Oct. 12, 2006; Final Office Action dated Dec. 13, 2006; Communication in Response to Final Office Action, dated Feb. 13, 2007; Advisory Action dated March 1, 2007; Final Office Action dated Sept. 14, 2007. Application Serial No.11/137,257 ('405 patent): Preliminary Amendment dated Feb. 18, 2009; Preliminary Amendment dated Aug. 12, 2009; Supplemental Preliminary Amendment dated Oct. 6, 2009; Preliminary Amendment dated Oct. 14, 2009; Supplemental Preliminary Amendment dated Dec. 31, 2009; Non-final Office Action dated May 27, 2010; Response to Office Action, dated Aug. 27, 2010; Final Office Action dated Dec. 8, 2010; Appeal Brief dated June 8, 2011; Examiner's Answer dated Sept. 19, 2011; Response Filed as Submission for RCE in Accordance with 37 C.F.R. § 1.114 dated Nov. 21, 2011; Response to Restriction Requirement and Requirement for Information dated May 30, 2012 dated July 27, 2012; | |

| Program key | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Non-final Office Action dated Oct. 22, 2012; Applicant-Initiated Interview Summary dated Feb. 1, 2013; Amendment In Response Non-final Office Action dated Feb. 22, 2013. | |
| Sentry | A dedicated button mounted on the keypad that, without any other keystroke, interrupts sleep mode and initiates a code programming operation. | '576 patent: Col. 5, lines 61-63; Col. 6, lines 1-2; Col. 6, lines 36-42; FIGS. 1, 3, 8; Col. 8, lines 12-33; Col. 8, lines 34-47; Col. 8, lines 48-51.<br><br>'615 patent: Col. 5, lines 65-67; Col. 6, lines 5-6; Col. 6, lines 40-46; FIGS. 1, 3, 8; Col. 8, lines 17-38; Col. 8, lines 39-52; Col. 8, lines 53-56.<br><br>'100 patent: Col. 5, lines 65-67; Col. 6, lines 5-6; Col. 6, lines 40-46; FIGS. 1, 3, 8; Col. 8, lines 17-38; Col. 8, lines 39-52; Col. 8, lines 53-56. | Webster's Encyclopedic Unabridged Dictionary of the English Language, Random House Value Publishing Inc. (1996), pgs. 1051-52. |
| Sargent | [Not present in claims asserted against Sargent] | | |
| Schlage | A dedicated button that, without any other key stroke, interrupts sleep mode and allows for programming | **Specification**<br>'082 Patent at Abstract; Figs. 2-7 (and relevant descriptions); col. 1, ll. 27-44; col. 2, ll. 13-43; col. 3, ll. 46-60; col. 4, ll. 1-45; col. 4, ln. 59 through col. 5, ln. 8; col. 5, ll. 22-62; and claims.<br><br>'576 Patent (representative) at Abstract; Figs. 2-7, 8, 10A, 10B (and relevant descriptions); col. 1, ll. 22-56; col. 6, ll. 12-60; col. 7, ll. 1-35 and ll. 46-65; col. 12, ll. 14-32; col. 13, ln. 61 through col. 14, ln. 4; col. 14, ll. 50-64; col. 16, ln. 61 through col. 17, ln. 39; and claims.<br><br>'405 Patent at Abstract; Figs. 2-7, 8, 10A, 10B (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; col. 1, ll. 22-56; col. 6, ll. 12-60; col. 7, ll. 1-35 and ll. 46-65; col. 12, ll. 14-32; col. 13, ln. 61 through col. 14, ln. 4; col. 14, ll. 50-64; col. 16, ln. 61 through col. 17, ln. 39; and claims. | Schlage relies on the intrinsic record of the patent for its construction. Schlage may cite appropriate definitions from dictionaries, technical treatises and the prior art to rebut assertions by Plaintiff that Schlage's proposed construction does not reflect the plain and ordinary meaning of this claim term. |

| Program key | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | **Prosecution Histories** Schlage reserves the right to rely on the prosecution history of the '082 patent and all related applications and patents, including all prior art cited or referenced therein.  The following are exemplary designations: <br>• Application Serial No. 08/339,555 ('082 patent):  Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms. <br>• Application Serial No. 08/760,062 (non-asserted '547 patent):  Non-final Office Action dated June 9, 1998; Amendment dated Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment B dated June 7, 1999; Final Office Action dated Aug. 30, 1999; Examiner Interview Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment dated June 2, 2000; Final Office Action dated July 31, 2000; Amendment dated Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; Amendment dated June 6, 2001; Final Office Action dated Aug. 20, 2001; Amendment after Final dated Oct. 25, 2001. <br>• Application Serial No. 10/024,945 ('576 patent): Amendment dated Jan. 19, 2004; Non-final Office Action dated April 19, 2004; Examiner Interview Summary dated June 22, 2004; Amendment and Remarks dated July 19, 2004; Non-final Office Action dated Sept. 21, 2004; Examiner Interview Summary dated Nov. 12, 2004; Amendments and Remarks dated Feb. 11, 2005; Final Office Action dated May 3, 2005. <br>• Application Serial No. 10/885,948 ('615 patent): Non-final Office Action dated Feb. 23, 2005; Amendment and Communication in Response to Office Action, dated May 23, 2005; Final Office Action dated July 27, 2005; Amendment and Communication in Response to Office Action, dated Sept. 27, 2005. <br>• Application Serial No. 11/254,263 ('100 patent):  Response to Election/Restriction Requirement dated June 22, 2006; Non-final Office | |

| Program key | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; Response to Office Action, dated Dec. 22, 2006; Non-final Office Action dated Feb. 6, 2007; Response to Office Action, dated June 19, 2007.<br>• Application Serial No.10/807,935 ('725 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication in Response, dated April 19, 2005; Non-final Office Action dated June 30, 2005; Communication in Response, dated Sept. 27, 2005; Final Office Action dated Dec. 13, 2005; Communication in Response to Final Office Action, dated Feb. 13, 2006; Advisory Action dated March 3, 2006; Appeal Brief dated June 13, 2006; Examiner's Answer dated July 19, 2006; Reply Brief dated Sept. 19, 2006; Patent Board Decision dated Oct. 10, 2007; Examiner Interview Summary dated July 24, 2007; Notice of Allowance (inclusive of Examiner's Amendment) dated Oct. 3, 2008.<br>• Application Serial No. 10/807,936 ('758 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication In Response to Office Action, dated April 19, 2005; Non-final Office Action dated June 24, 2005; Communication in Response to Office Action, dated Sept. 19, 2005; Final Office Action dated Nov. 25, 2005; Communication in Response to Final Office Action, dated Jan. 25, 2006; Appeal Brief dated June 22, 2006; Examiner's Answer dated Aug. 25, 2006; Reply Brief dated Oct. 25, 2006; Non-final Office Action dated Sept. 4, 2008; July 24, 2007, Examiner Interview After Appeal of U.S. Pat App. Nos. 10/807935 and 10/807,936, dated Oct. 2, 2008; Examiner Interview Summary dated Oct. 14, 2008; Response to Office Action Mailed September 4, 2008, dated March 3, 2009; Amendment After Allowance Pursuant to 37 C.F.R. § 1.312, dated Oct. 13, 2009.<br>• Application Serial No. 10/885,998 (unasserted '907 patent): Amendment and Communication in Response to Office Action, dated Aug. 9, 2005; Final Office Action dated Oct. 25, 2005; Amendment and Response to Office Action, dated Dec. 23, 2005; Advisory Action dated | |

| Program key | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Jan. 19, 2006; Appeal Brief dated March 24, 2006; Non-final Office Action dated June 20, 2006; Communication in Response to Notice of Non-compliant Amendment, dated Oct. 12, 2006; Final Office Action dated Dec. 13, 2006; Communication in Response to Final Office Action, dated Feb. 13, 2007; Advisory Action dated March 1, 2007; Final Office Action dated Sept. 14, 2007.<br>• Application Serial No.11/137,257 ('405 patent):  Preliminary Amendment dated Feb. 18, 2009; Preliminary Amendment dated Aug. 12, 2009; Supplemental Preliminary Amendment dated Oct. 6, 2009; Preliminary Amendment dated Oct. 14, 2009; Supplemental Preliminary Amendment dated Dec. 31, 2009; Non-final Office Action dated May 27, 2010; Response to Office Action, dated Aug. 27, 2010; Final Office Action dated Dec. 8, 2010; Appeal Brief dated June 8, 2011; Examiner's Answer dated Sept. 19, 2011; Response Filed as Submission for RCE in Accordance with 37 C.F.R. § 1.114 dated Nov. 21, 2011; Response to Restriction Requirement and Requirement for Information dated May 30, 2012 dated July 27, 2012; Non-final Office Action dated Oct. 22, 2012; Applicant-Initiated Interview Summary dated Feb. 1, 2013; Amendment In Response Non-final Office Action dated Feb. 22, 2013. | |

| Sleep mode / operation mode | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| OS Security | A mode where less power is consumed than in a normal operational mode / A mode in which a microprocessor shifts from a lower-power consuming mode (e.g. "standby," "low power," or "sleep mode,") to allow the microprocessor to activate one or more functions of the electronic access control device | '615: 4:31-42; 6:47-64; 8:53 – 9:4; 9:62 – 10:11; 10:39 – 11:10; 12:1-11; 16:40-52; FIG. 6; FIG. 7<br><br>'576: 4:26-37; 6:44-60; 8:49-67; 9:58 – 10:6; 10:30 – 11:5; 11:62 – 12:5; 16:33-45; FIG. 6; FIG.7<br><br>'100: 4:31-42; 6:47-64; 8:53 – 9:4; 9:62 – 10:10; 10:34 – 11:9; 11:66 – 12:9; 16:38-50; FIG. 6; FIG. 7<br><br>'576: 3:29-38; 4:7-14; 6:36 -12:54; 13:4 – 14:37; 15:17 – 16:45; 16:61 – 17:38; FIGs. 2-15 | "sleep mode"<br>Also called "standby mode," it is an inactive state of a computer or electronic device that is quickly brought back into action by touching any keyboard key or pressing the on/off switch. It is widely used in laptops and portable devices to save battery power, but it is also used with desktop computers to save energy. http://encyclopedia2.thefreedictionary.com/sleep+mode<br><br>an energy-saving standby condition of a computer which can be reactivated by external stimulus, such as touching the keyboard http://dictionary.reference.com/browse/sleep+mode?r=66<br><br>"operation"<br>The fact or condition of functioning or being active. http://www.oxforddictiona |

| Sleep mode / operation mode | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | | ries.com/us/definition/american_english/operation#operation<br><br>Computers An action resulting from a single instruction https://www.ahdictionary.com/word/search.html?q=operation |
| BRK Brands | "sleep mode":  A mode in which the microprocessor is not functioning<br><br>"operation mode":  A mode in which the microprocessor is functioning | '082 Patent at Abstract; Figs. 2 & 3 (and relevant descriptions); 1:27-44; 2:2-67; 3:18-37; 4:25 – 5:21; and claims;<br><br>'576 Patent (representative) at Abstract; Figs. 2, 3, 4, 5, 10A & 10B (and relevant descriptions); 1:11, 38-67; 2:61 – 5:13; 5:61 – 6:13; 7:1 – 10:5; 10:36-37; 10:47-49; 10:58-61; 11:62-66; and claims;<br><br>'100 patent at 9:62-10:10;<br><br>'615 patent at 9:62-10:11;<br><br>'405 Patent at Abstract; Figs. 2, 3, 10A & 10B (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; col. 1, ln. 46 – col. 2 ln. 7; col. 3, ln. 31 – col. 6, ln. 32; col. 8, ll. 8-27; col. 9, ll. 32 – col. 10, ln. 21; and claims;<br><br>Application Serial No. 08/339,555 ('082 patent): original application and claims filed Sept. 15, 1994. Application Serial No. 08/760,062 (non-asserted '547 patent): Non-final Office Action dated June 9, 1998; Amendment | |

| Sleep mode / operation mode | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | dated Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment B dated June 7, 1999; Final Office Action dated Aug. 30, 1999; Examiner Interview Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment dated June 2, 2000; Final Office Action dated July 31, 2000; Amendment dated Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; Amendment dated June 6, 2001; Final Office Action dated Aug. 20, 2001; Amendment after Final dated Oct. 25, 2001. App. No. 10/024,945; the '576 patent: Amendment filed June 20, 2003; and Amendment filed Jan. 19, 2004. Application Serial No. 10/885,948 ('615 patent): Non- final Office Action dated Feb. 23, 2005; Amendment and Communication in Response to Office Action, dated May 23, 2005; Final Office Action dated July 27, 2005; Amendment and Communication in Response to Office Action, dated Sept. 27, 2005 Application Serial No. 11/254,263 ('100 patent): Response to Election/Restriction Requirement dated June 22, 2006; Nonfinal Office Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; Response to Office Action, dated Dec. 22, 2006; Non-final Office Action dated Feb. 6, 2007; Response to Office Action, dated June 19, 2007. Application Serial No.10/807,935 ('725 patent): Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms. Application Serial No. 10/807,936 ('758 patent): Non- final Office Action dated Jan. 21, 2005; Amendment and Communication In Response to Office Action, dated April 19, 2005; Non-final Office Action dated June 24, 2005; Communication in Response to Office Action, dated Sept. 19, 2005; Final Office Action dated Nov. 25, 2005; Communication in Response to Final Office Action, dated Jan. 25, 2006; Appeal Brief dated June 22, 2006; Examiner's Answer dated Aug. 25, 2006; Reply Brief dated Oct. 25, 2006; Non-final Office Action dated Sept. 4, 2008; July 24, 2007, Examiner Interview After Appeal of U.S. Pat App. Nos. 10/807935 and 10/807,936, dated Oct. 2, 2008; Examiner Interview Summary dated Oct. 14, 2008; | |

| Sleep mode / operation mode | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Response to Office Action Mailed September 4, 2008, dated March 3, 2009; Amendment After Allowance Pursuant to 37 C.F.R. § 1.312, dated Oct. 13, 2009.<br><br>Application Serial No. 10/885,998 (unasserted '907 patent): Amendment and Communication in Response to Office Action, dated Aug. 9, 2005; Final Office Action dated Oct. 25, 2005; Amendment and Response to Office Action, dated Dec. 23, 2005; Advisory Action dated Jan. 19, 2006; Appeal Brief dated March 24, 2006; Non-final Office Action dated June 20, 2006; Communication in Response to Notice of Non-compliant Amendment, dated Oct. 12, 2006; Final Office Action dated Dec. 13, 2006; Communication in Response to Final Office Action, dated Feb. 13, 2007; Advisory Action dated March 1, 2007; Final Office Action dated Sept. 14, 2007.<br><br>Application Serial No.11/137,257 ('405 patent): Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms.<br><br>Ex Parte Reexamination 90/012,906 ('547 patent): Patent Owner's Statement dated Nov. 4, 2013.<br><br>Ex Parte Reexamination 90/012,907 ('758 patent): Patent Owner's Statement dated Nov. 4, 2013; Notice of Intent to Issue a Reexam Certificate dated March 12, 2014.<br><br>Ex Parte Reexamination 90/012,908 Patent Owner's Statement dated Nov. 5, 2013; Notice of Intent to Issue a Reexam Certificate dated March 19, 2014. | |

| Sleep mode / operation mode | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| Sentry | <u>Sleep mode:</u> A mode in which the microprocessor is not functioning.<br><br><u>Operation mode:</u> A mode in which the microprocessor is functioning. | '576 patent: Col. 1, lines 38-67; Col. 2, line 61 through Col. 5, line 2; Col. 5, line 61 through Col. 6, line 13; Col. 7, line 1 through Col. 8, line 8; Col. 9, line 58 through Col. 10, line 6; Col. 10, lines 7-15; Col. 11, line 62 through Col. 12, line 9; Col. 16, lines 33-35; FIGS 2, 3, 10A, 10B.<br><br>Entire prosecution history of '576 patent and all related patents in family.<br><br>'615 patent: Col. 1, lines 44 through Col. 2, line 5; Col. 2, line 66 through Col. 5, line 3; Col. 5, line 65 through Col. 6, line 17; Col. 7, line 5 through Col. 8, line 16; Col. 9, line 62 through Col. 10, line 11; Col. 12, lines 1-11; Col. 16, lines 40-42; FIGS. 2, 3, 10A, 10B<br><br>Entire prosecution history of '615 patent and all related patents in family.<br><br>'100 patent: Col. 1, lines 43 through Col. 2, line 4; Col. 2, line 66 through Col. 5, line 3; Col. 5, line 65 through Col. 6, line 17; Col. 6, lines 47-67; Col. 7, line 5 through Col. 8, line 16; Col. 9, line 62 through Col. 10, line 10; Col. 10, lines 11-19; Col. 11, line 66 through Col. 12, line 9; Col. 16, lines 38-40; FIGS. 2, 3, 10A, 10B; claim 88.<br><br>Entire prosecution history of '100 patent and all related patents in family.<br><br>Ex Parte Reexamination 90/012,906: Patent Owner's Statement dated Nov. 4, 2013.<br><br>Ex Parte Reexamination 90/012,907: Patent Owner's Statement dated November 4, 2013; Notice of Intent to Issue a Reexam Certificate dated March 12, 2014.<br><br>Ex Parte Reexamination 90/012,908: Patent Owner's Statement dated | |

| Sleep mode / operation mode | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | November 5, 2013; Notice of Intent to Issue a Reexam Certificate dated March 19, 2014. | |
| Sargent | No construction necessary | | |
| Schlage | **sleep mode:** a mode in which the microprocessor is not functioning<br><br>**operation mode:** a mode in which the microprocessor is functioning | **Specification**<br>'082 Patent at Abstract; Figs. 2 & 3 (and relevant descriptions); col. 1, ll. 27-44; col. 2, ll. 2-67; col. 3, ll. 18-37; col. 4, ln. 25 – col. 5, ln. 21; and claims<br><br>'576 Patent (representative) at Abstract; Figs. 2, 3, 10A & 10B (and relevant descriptions); col. 1, ll. 38-67; col. 2, ln. 61 – col. 5, ln. 2; col. 5, ln. 61 – col. 6, ln. 13; col. 7, ln. 1 – col. 8, ln. 11; and claims<br><br>'405 Patent at Abstract; Figs. 2, 3, 10A & 10B (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; col. 1, ln. 46 – col. 2 ln. 7; col. 3, ln. 31 – col. 6, ln. 32; col. 8, ll. 8-27; col. 9, ll. 32 – col. 10, ln. 21; and claims<br><br>**Prosecution Histories**<br>Schlage reserves the right to rely on the prosecution history of the '082 patent and all related applications and patents, including all prior art cited or referenced therein.  The following are exemplary designations:<br>• Application Serial No. 08/339,555 ('082 patent):  original application and claims filed Sept. 15, 1994.<br>• Application Serial No. 08/760,062 (non-asserted '547 patent):  Non-final Office Action dated June 9, 1998; Amendment dated Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment B dated June 7, 1999; Final Office Action dated Aug. 30, 1999; Examiner Interview | Schlage relies on the intrinsic record of the patent for its construction. Schlage may cite appropriate definitions from dictionaries, technical treatises and the prior art to rebut assertions by Plaintiff that Schlage's proposed construction does not reflect the plain and ordinary meaning of this claim term. |

| Sleep mode / operation mode | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment dated June 2, 2000; Final Office Action dated July 31, 2000; Amendment dated Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; Amendment dated June 6, 2001; Final Office Action dated Aug. 20, 2001; Amendment after Final dated Oct. 25, 2001. <br>• App. No. 10/024,945; ('576 patent): Amendment filed June 20, 2003; and Amendment filed Jan. 19, 2004. <br>• Application Serial No. 10/885,948 ('615 patent): Non-final Office Action dated Feb. 23, 2005; Amendment and Communication in Response to Office Action, dated May 23, 2005; Final Office Action dated July 27, 2005; Amendment and Communication in Response to Office Action, dated Sept. 27, 2005 <br>• Application Serial No. 11/254,263 ('100 patent):  Response to Election/Restriction Requirement dated June 22, 2006; Non-final Office Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; Response to Office Action, dated Dec. 22, 2006; Non-final Office Action dated Feb. 6, 2007; Response to Office Action, dated June 19, 2007. <br>• Application Serial No.10/807,935 ('725 patent): Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms. <br>• Application Serial No. 10/807,936 ('758 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication In Response to Office Action, dated April 19, 2005; Non-final Office Action dated June 24, 2005; Communication in Response to Office Action, dated Sept. 19, 2005; Final Office Action dated Nov. 25, 2005; Communication in Response to Final Office Action, dated Jan. 25, 2006; Appeal Brief dated June 22, 2006; Examiner's Answer dated Aug. 25, 2006; Reply Brief dated Oct. 25, 2006; Non-final Office Action dated Sept. 4, 2008; July | |

| Sleep mode / operation mode | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | 24, 2007, Examiner Interview After Appeal of U.S. Pat App. Nos. 10/807935 and 10/807,936, dated Oct. 2, 2008; Examiner Interview Summary dated Oct. 14, 2008; Response to Office Action Mailed September 4, 2008, dated March 3, 2009; Amendment After Allowance Pursuant to 37 C.F.R. § 1.312, dated Oct. 13, 2009.<br>• Application Serial No. 10/885,998 (unasserted '907 patent): Amendment and Communication in Response to Office Action, dated Aug. 9, 2005; Final Office Action dated Oct. 25, 2005; Amendment and Response to Office Action, dated Dec. 23, 2005; Advisory Action dated Jan. 19, 2006; Appeal Brief dated March 24, 2006; Non-final Office Action dated June 20, 2006; Communication in Response to Notice of Non-compliant Amendment, dated Oct. 12, 2006; Final Office Action dated Dec. 13, 2006; Communication in Response to Final Office Action, dated Feb. 13, 2007; Advisory Action dated March 1, 2007; Final Office Action dated Sept. 14, 2007.<br>• Application Serial No. 11/708,730 (unasserted '952 patent): Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms.<br>• Application Serial No.11/137,257 ('405 patent):  Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms.<br>• *Ex Parte* Reexamination 90/012,906 ('547 patent): Patent Owner's Statement dated Nov. 4, 2013.<br>• *Ex Parte* Reexamination 90/012,907 ('758 patent):  Patent Owner's Statement dated Nov. 4, 2013; Notice of Intent to Issue a Reexam Certificate  dated March 12, 2014.<br>• *Ex Parte* Reexamination 90/012,908 Patent Owner's Statement dated Nov. 5, 2013; Notice of Intent to Issue a Reexam Certificate dated March 19, 2014 | |

| Solenoid coupled to the lock for opening and closing the lock | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| OS Security | No construction necessary | | |
| BRK Brands | N/A | | |
| Sentry | A solenoid connected, fastened, or joined to the lock  for moving the lock between a position that secures a door, gate, lid, drawer, or the like, and a position that unsecures the door, gate, lid, drawer, or the like. | '547 patent: Col. 3, lines 7-10; Col. 7, lines 64-67; Col. 9, lines 10-19; Col. 9, lines 26-28; Col. 13, lines 16-19; Col. 14, lines 18-20, 27-31; Col. 17, lines 16-18; FIG. 15.<br><br>3rd Response dated June 2, 2000, pg. 4.<br><br>4th Response dated November 30, 2000, pg. 7. | Webster's Encyclopedic Unabridged Dictionary of the English Language, Random House Value Publishing Inc. (1996), pg. 463. |
| Sargent | [Not present in claims asserted against Sargent] | | |
| Schlage | The patent claim(s) that contain this term are not asserted against Schlage. | | |

| Wake-up signal | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| OS Security | An indicator that enables circuitry to receive information | '615: 9:62 – 10:11; 10:46 – 11:6; 16:40-52; FIG. 6; FIG. 14<br><br>'576: 9:58 – 10:6; 10:35 – 11:5; 16:33-45; FIG. 6; FIG. 14 | |
| BRK Brands | An interrupt that causes the microprocessor to enter an operation mode, *i.e.*, begin functioning | '082 Patent at Abstract; Figs. 2, 3, 5, 6, & 7 (and relevant descriptions); col. 1, ll. 14-27 & 60-67; col. 2, ll. 2-67; col. 3, ll. 18-45; col. 4, ll. 1-24 & 46-58; col. 5, ln. 22 – col. 6, ln. 16; col. 6, ln. 62 – col. 9, ln. 15; and claims.<br><br>'576 Patent (representative) at Abstract; Figs. 2, 3, 5, 6, 7, 9, 10A, 10B, 11, 12, 13 & 14 (and relevant descriptions); col. 1, ll. 23-38; col. 2, ll. 11-46; col. 2 ln. 61 – col. 5, ln. 2; col. 5, ln. 61 – col. 6, ln. 20; col. 6, ll. 43-67; col. 7, ll. 36-48; col. 8, ll. 12 – 67; col. 9, ln. 52 through col. 18, ln. 14.<br><br>'405 Patent at Abstract; Figs. 2, 3, 5, 6, 7, 9, 10A, 10B, 11, 12, 13 & 14 (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; col. 1, ll 23-38; col. 2, ll. 11-39; col. 2 ln. 61 – col. 5, ln. 2; col. 5, ln. 61 – col. 6, ln. 13; col. 6, ll. 43-67; col. 7, ll. 36-48; col. 8, ll. 12 – 67; col. 9, ln. 52-col. 18, ln. 14.<br><br>Application Serial No. 08/339,555 ('082 patent): original application and claims filed Sept. 15, 1994; Amendment and Submission of Corrected Drawings dated Sept. 13, 1995; Non-final Office Action dated Jan. 26, 1996; Amendment dated June 25, 1996; Notice of Allowance dated Aug. 30, 1996.<br>Application Serial No. 08/760,062 (non-asserted '547 patent): Non-final Office Action dated June 9, 1998; Amendment dated Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment B dated June 7, 1999; Final Office Action dated Aug. 30, 1999; Examiner Interview Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment dated June 2, 2000; Final Office Action dated July 31, 2000; | |

65

| Wake-up signal | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Amendment dated Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; Amendment dated June 6, 2001; Final Office Action dated Aug. 20, 2001; Amendment after Final dated Oct. 25, 2001. <br> Application Serial No. 10/024,945 ('576 patent): Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms. <br> Application Serial No. 10/885,948 ('615 patent): Nonfinal Office Action dated Feb. 23, 2005; Amendment and Communication in Response to Office Action, dated May 23, 2005; Final Office Action dated July 27, 2005; Amendment and Communication in Response to Office Action, dated Sept. 27, 2005. <br> Application Serial No. 11/254,263 ('100 patent): Response to Election/Restriction Requirement dated June 22, 2006; Non-final Office Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; Response to Office Action, dated Dec. 22, 2006; Non-final Office Action dated Feb. 6, 2007; Response to Office Action, dated June 19, 2007. <br> Application Serial No.10/807,935 ('725 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication in Response, dated April 19, 2005; Nonfinal Office Action dated June 30, 2005; Communication in Response, dated Sept. 27, 2005; Final Office Action dated Dec. 13, 2005; Communication in Response to Final Office Action, dated Feb. 13, 2006; Advisory Action dated March 3, 2006; Appeal Brief dated June 13, 2006; Examiner's Answer dated July 19, 2006; Reply Brief dated Sept. 19, 2006; Patent Board Decision dated Oct. 10, 2007; Examiner Interview Summary dated July 24, 2007; Notice of Allowance (inclusive of Examiner's Amendment) dated Oct. 3, 2008. <br> Application Serial No. 10/807,936 ('758 patent): Nonfinal Office Action dated Jan. 21, 2005; Amendment and Communication In Response to Office Action, dated April 19, 2005; Non-final Office Action dated June 24, 2005; Communication in Response to Office Action, dated Sept. 19, 2005; Final Office Action dated Nov. 25, 2005; Communication in Response to | |

| Wake-up signal | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | Final Office Action, dated Jan. 25, 2006; Appeal Brief dated June 22, 2006; Examiner's Answer dated Aug. 25, 2006; Reply Brief dated Oct. 25, 2006; Non-final Office Action dated Sept. 4, 2008; July 24, 2007, Examiner Interview After Appeal of U.S. Pat App. Nos. 10/807935 and 10/807,936, dated Oct. 2, 2008; Examiner Interview Summary dated Oct. 14, 2008; Response to Office Action Mailed September 4, 2008, dated March 3, 2009; Amendment After Allowance Pursuant to 37 C.F.R. § 1.312, dated Oct. 13, 2009.<br>Application Serial No. 10/885,998 (unasserted '907 patent): Amendment and Communication in Response to Office Action, dated Aug. 9, 2005; Final Office Action dated Oct. 25, 2005; Amendment and Response to Office Action, dated Dec. 23, 2005; Advisory Action dated Jan. 19, 2006; Appeal Brief dated March 24, 2006; Non-final Office Action dated June 20, 2006; Communication in Response to Notice of Non-compliant Amendment, dated Oct. 12, 2006; Final Office Action dated Dec. 13, 2006; Communication in Response to Final Office Action, dated Feb. 13, 2007; Advisory Action dated March 1, 2007; Final Office Action dated Sept. 14, 2007.<br>Application Serial No.11/137,257 ('405 patent): Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms.<br>Ex Parte Reexamination 90/012,906 ('547 patent): Patent Owner's Statement dated Nov. 4, 2013.<br>Ex Parte Reexamination 90/012,907 ('758 patent): Patent Owner's Statement dated Nov. 4, 2013; Notice of Intent to Issue a Reexam Certificate dated March 12, 2014.<br>Ex Parte Reexamination 90/012,908 Patent Owner's Statement dated Nov. 5, 2013; Notice of Intent to Issue a Reexam Certificate dated March 19, 2014. | |
| Sentry | An electrical impulse that causes a | '576 patent: Col. 6, lines 43-60. | |

| Wake-up signal | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | microprocessor to enter a mode where current is flowing therethrough. | Response dated July 19, 2004, pg. 12. Response dated February 11, 2005, pg. 12.<br><br>'615 patent: Col. 6, lines 47-64. | |
| Sargent | a signal generated external to a microprocessor and separate from the keypad's transmission of the access code numbers, which causes the microprocessors to switch from a sleep mode to an awake mode of operation | "The remote device can 'wake-up' from the low power sleep mode in a variety of ways. One method is for the circuitry in the sleep mode device to sense the incoming signal. When the signal is sent, the remote device resumes normal operation."  ('100 patent, 9:66-10:3; '576 patent 9:62-66)<br><br>"The remote electronic access code device is divided into two parts: the input electronics 60 and the processing electronics 64. The processing electronics 64 contains a microprocessor, an access code input and output, an acoustic output, light emitting diodes (LED), a voltage regulator, and an electromechanical driver output. Thus, the remote device is similar to the microprocessor in processing the input access code, as shown in FIG. 1, except the access code may be input in several ways. In this embodiment, the data stream is input serially into the microprocessor 14 so that a variety of serial inputs may be connected to the input of the microprocessor 14. For example, the access code may be input using a traditional keypad 11 transmitting data in serial mode. Moreover, the data may be input serially using an electromagnetic signal input from the radio frequency (RF), optical frequency or infrared frequency bands. Thus, the microprocessor 14, in this configuration, may accept the input from any one of this inputs." ('100 patent, 10:11-28; '576 patent, 10:7-24)<br><br>"The input electronics 60 contains the RF wake-up 61 and the RF decode circuitry 62. In one embodiment, the RF wake-up circuit 61 is ordinarily in a low power sleep-mode. However, for a 10 millisecond period every 1 second, the RF wake-up circuit 61 senses for an RF bitstream signal. If an RF bitstream signal exists, it remains awake and receives the entire RF bitstream signal. The RF wake-up circuit 61 then sends a wake-up enable | Testimony of Dr. Stephen Heppe discussing how a person having skill in the art at the time of the invention would understand the term "wake-up signal." |

| Wake-up signal | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| | | signal to the RF decode circuit 62. The RF decode circuit 62, via the antenna 63, translates it into a series of bits and then sends the digital bitstream signal to the processing electronics 65 to determine if the digital bitstream signal contains the access code." (100 patent, 10:38-50; '576 patent 10:34-46)<br><br>"In another embodiment, the RF wake-up circuit 61 remains in low power sleep mode until it senses the RF signal. The RF signal, in this embodiment, contains a low carrier frequency way and a high frequency RF bitstream superimposed on the low frequency carrier wave. When the RF wake-up circuit 61 senses, via the antenna 66, that there is a signal tuned to the low frequency carrier wave, the RF wake-up circuit 61 sends a wake-up enable signal to the RF decode circuit 62. The RF decode circuit 62 then accepts the RF bitstream access code signal, and translates it into a series of bits for the microprocessor 14." (100 patent, 10:51-61; '576 patent, 10:47-57)<br><br>"The following example will illustrate the multiplexing with respect to the keypad 11. Normally, in sleep mode, pins R1, R2, R3 and R4 are waiting for an input. When, for example, the keypad "3" is input, pin R1, which keypad "3" is connected to, is triggered signifying to the microprocessor 14 that an interrupt has occurred. The microprocessor 14 then executes an interrupt in the software program and changes one of the four pins (R1, R2, R3 and R4) into an output whereby a logic high is sent to the R1 pin. When a keypad is pressed, it acts as a short circuit; thus, when the microprocessor 14 sends out a logic high, it then senses pins C1, C2 and C3 to determine exactly which keypad in the row has been pressed. In this case, where keypad "3" is input, C3 is high. Pressing keypad "3" acts as a short circuit so that when R1 is sent high, there is a direct electrical connection between pin R1 and C3 via keypad "3". Thus, the microprocessor 14 can determine that keypad "3" was pressed based on R1 and C3 both being logic high." (100 patent, 6:47-64; '576 patent, 6:43-60) | |

| Wake-up signal | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | "If a number from the keypad 11 is first entered while in sleep mode 48, the microprocessor 14 waits until another four numbers are entered 49, 50, 51, and 52, from the keypad 11. The microprocessor 14 then compares the number entered from the keypad 11 with the access code 53 stored in RAM 23. If the numbers match, the microprocessor 14 energizes the solenoid 31 at the output 54. The microprocessor 14 can also energize a DC motor, an electromechanical relay, or a solid-state relay. If the numbers do not match, the error message is sent 47 by sounding the acoustic output at pin C2."('100 patent, 8:53-67; '576 patent, 8:53-63.) | |
| Schlage | an interrupt that causes the microprocessor to begin drawing current | **Specification**<br>'082 Patent at Abstract; Figs. 2, 3, 5, 6, & 7 (and relevant descriptions); col. 1, ll. 14-27 & 60-67; col. 2, ll. 2-67; col. 3, ll. 18-45; col. 4, ll. 1-24 & 46-58; col. 5, ln. 22 – col. 6, ln. 16; col. 6, ln. 62 – col. 9, ln. 15; and claims.<br><br>'576 Patent (representative) at Abstract; Figs. 2, 3, 5, 6, 7, 9, 10A, 10B, 11, 12, 13 & 14 (and relevant descriptions); col. 1, ll. 23-38; col. 2, ll. 11-46; col. 2 ln. 61 – col. 5, ln. 2; col. 5, ln. 61 – col. 6, ln. 20; col. 6, ll. 43-67; col. 7, ll. 36-48; col. 8, ll. 12 – 67; col. 9, ln. 52 through col. 18, ln. 14.<br><br>'405 Patent at Abstract; Figs. 2, 3, 5, 6, 7, 9, 10A, 10B, 11, 12, 13 & 14 (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; col. 1, ll 23-38; col. 2, ll. 11-39; col. 2 ln. 61 – col. 5, ln. 2; col. 5, ln. 61 – col. 6, ln. 13; col. 6, ll. 43-67; col. 7, ll. 36-48; col. 8, ll. 12 – 67; col. 9, ln. 52-col. 18, ln. 14.<br><br>**Prosecution Histories**<br>Schlage reserves the right to rely on the prosecution history of the '082 patent and all related applications and patents, including all prior art cited or referenced therein.  The following are exemplary designations:<br>• Application Serial No. 08/339,555 ('082 patent):  original application | Schlage relies on the intrinsic record of the patent for its construction. Schlage may cite appropriate definitions from dictionaries, technical treatises and the prior art to rebut assertions by Plaintiff that Schlage's proposed construction does not reflect the plain and ordinary meaning of this claim term. |

| Wake-up signal | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | and claims filed Sept. 15, 1994; Amendment and Submission of Corrected Drawings dated Sept. 13, 1995; Non-final Office Action dated Jan. 26, 1996; Amendment dated June 25, 1996; Notice of Allowance dated Aug. 30, 1996.<br>• Application Serial No. 08/760,062 (non-asserted '547 patent):  Non-final Office Action dated June 9, 1998; Amendment dated Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment B dated June 7, 1999; Final Office Action dated Aug. 30, 1999; Examiner Interview Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment dated June 2, 2000; Final Office Action dated July 31, 2000; Amendment dated Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; Amendment dated June 6, 2001; Final Office Action dated Aug. 20, 2001; Amendment after Final dated Oct. 25, 2001.<br>• Application Serial No. 10/024,945 ('576 patent): Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms.<br>• Application Serial No. 10/885,948 ('615 patent): Non-final Office Action dated Feb. 23, 2005; Amendment and Communication in Response to Office Action, dated May 23, 2005; Final Office Action dated July 27, 2005; Amendment and Communication in Response to Office Action, dated Sept. 27, 2005.<br>• Application Serial No. 11/254,263 ('100 patent):  Response to Election/Restriction Requirement dated June 22, 2006; Non-final Office Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; Response to Office Action, dated Dec. 22, 2006; Non-final Office Action dated Feb. 6, 2007; Response to Office Action, dated June 19, 2007.<br>• Application Serial No.10/807,935 ('725 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication in Response, | |

71

| Wake-up signal | | | |
|---|---|---|---|
| **Party** | **Proposed Construction** | **Intrinsic Support** | **Extrinsic Support** |
| | | dated April 19, 2005; Non-final Office Action dated June 30, 2005; Communication in Response, dated Sept. 27, 2005; Final Office Action dated Dec. 13, 2005; Communication in Response to Final Office Action, dated Feb. 13, 2006; Advisory Action dated March 3, 2006; Appeal Brief dated June 13, 2006; Examiner's Answer dated July 19, 2006; Reply Brief dated Sept. 19, 2006; Patent Board Decision dated Oct. 10, 2007; Examiner Interview Summary dated July 24, 2007; Notice of Allowance (inclusive of Examiner's Amendment) dated Oct. 3, 2008.<br>• Application Serial No. 10/807,936 ('758 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication In Response to Office Action, dated April 19, 2005; Non-final Office Action dated June 24, 2005; Communication in Response to Office Action, dated Sept. 19, 2005; Final Office Action dated Nov. 25, 2005; Communication in Response to Final Office Action, dated Jan. 25, 2006; Appeal Brief dated June 22, 2006; Examiner's Answer dated Aug. 25, 2006; Reply Brief dated Oct. 25, 2006; Non-final Office Action dated Sept. 4, 2008; July 24, 2007, Examiner Interview After Appeal of U.S. Pat App. Nos. 10/807935 and 10/807,936, dated Oct. 2, 2008; Examiner Interview Summary dated Oct. 14, 2008; Response to Office Action Mailed September 4, 2008, dated March 3, 2009; Amendment After Allowance Pursuant to 37 C.F.R. § 1.312, dated Oct. 13, 2009.<br>• Application Serial No. 10/885,998 (unasserted '907 patent): Amendment and Communication in Response to Office Action, dated Aug. 9, 2005; Final Office Action dated Oct. 25, 2005; Amendment and Response to Office Action, dated Dec. 23, 2005; Advisory Action dated Jan. 19, 2006; Appeal Brief dated March 24, 2006; Non-final Office Action dated June 20, 2006; Communication in Response to Notice of Non-compliant Amendment, dated Oct. 12, 2006; Final Office Action dated Dec. 13, 2006; Communication in Response to Final Office Action, dated Feb. 13, 2007; Advisory Action dated March 1, 2007; Final Office Action dated Sept. 14, 2007. | |

**Wake-up signal**

| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
|---|---|---|---|
| | | • Application Serial No.11/137,257 ('405 patent):  Schlage may rely on the matters discussed in this prosecution history for context, rebuttal, or as set forth in its other claim terms.<br>• *Ex Parte* Reexamination 90/012,906 ('547 patent): Patent Owner's Statement dated Nov. 4, 2013.<br>• *Ex Parte* Reexamination 90/012,907 ('758 patent):  Patent Owner's Statement dated Nov. 4, 2013; Notice of Intent to Issue a Reexam Certificate  dated March 12, 2014.<br>• *Ex Parte* Reexamination 90/012,908 Patent Owner's Statement dated Nov. 5, 2013; Notice of Intent to Issue a Reexam Certificate dated March 19, 2014. | |

| Wherein a memory contains a limit value / limit value | | | |
|---|---|---|---|
| Party | Proposed Construction | Intrinsic Support | Extrinsic Support |
| OS Security | Wherein a memory contains a value for limiting access to a device | '100: 16:66 – 17:44; FIG. 15 <br><br> '758: 16:31-62; FIG. 15 | |
| BRK Brands | N/A | | |
| Sentry | Number of permitted accesses. | '100 patent: Col. 16, line 66 through Col. 17, line 31; Col. 17, lines 32-43. | |
| Sargent | [Not present in claims asserted against Sargent.] | | |
| Schlage | The patent claim(s) that contain this term are not asserted against Schlage. | | |