# EXHIBIT C

O.S. Security LLC v. BRK Brands, Inc.
Case No. 8:14-cv-00312-AG-DFM

| Claim term | Plaintiff's Proposed Construction | Defendant's Proposed Construction and Support |
|---|---|---|
| Microprocessor-based control circuit[1] | "a circuit which comprises at least one microprocessor that controls functions of an electronic access control device" | "a central processing unit with a microprocessor (a single integrated circuit chip)"<br><br>**Specification**<br>'576 Patent (representative) at col. 1, ll 23-38; col. 2, ll. 11-39; col. 2 ln. 61 – col. 5, ln. 2; col. 6, ll. 14-28; col. 7, ln. 1-col. 8, ln. 11; col. 12, ll. 6-32; col. 13, ln. 4 – col. 18, ln. 14; Figs. 2, 3, 8, 10A, and 10B (and relevant descriptions); and claims<br><br>'405 Patent at col. 1, ll 23-38; col. 2, ll. 11-39; col. 2 ln. 61 – col. 5, ln. 2; col. 6, ll. 14-28; col. 7, ln. 1-col. 8, ln. 11; col. 12, ll. 6-32; col. 13, ln. 4 – col. 18, ln. 14; Figs. 2, 3, 8, 10A, and 10B (and relevant descriptions); Figs. 17-33, to the extent that they are part of the '405 patent's disclosure; and claims<br><br>**Prosecution Histories**<br>BRK reserves the right to rely on the prosecution history of the '082 patent and all related applications and patents, including all prior art cited or referenced therein.  The following are exemplary designations:<br>• Application Serial No. 08/339,555 ('082 patent): original application and claims filed Sept. 15, 1994; Amendment and Submission of Corrected Drawings dated Sept. 13, 1995; Non-final Office Action dated Jan. 26, 1996; Amendment dated June 25, 1996; Notice of Allowance dated Aug. 30, 1996.<br>• Application Serial No. 08/760,062 (non-asserted '547 patent):  Non-final Office Action dated June 9, 1998; |

---

[1] '576 patent, claims 7 and 8; '100 patent, claims 88 and 89.

Exhibit C
-1-

O.S. Security LLC v. BRK Brands, Inc.
Case No. 8:14-cv-00312-AG-DFM

| Claim term | Plaintiff's Proposed Construction | Defendant's Proposed Construction and Support |
|---|---|---|
| | | Amendment dated Oct. 8, 1998; Non-final Office Action dated Jan. 5, 1999; Amendment B dated June 7, 1999; Final Office Action dated Aug. 30, 1999; Examiner Interview Summary dated Nov. 26, 1999; Non-final Office Action dated Feb. 3, 2000; Amendment dated June 2, 2000; Final Office Action dated July 31, 2000; Amendment dated Nov. 30, 2000; Non-final Office Action dated Jan. 24, 2001; Amendment dated June 6, 2001; Final Office Action dated Aug. 20, 2001; Amendment after Final dated Oct. 25, 2001.<br>• Application Serial No. 10/024,945 ('576 patent): Amendment dated Jan. 19, 2004; Non-final Office Action dated April 19, 2004; Examiner Interview Summary dated June 22, 2004; Amendment and Remarks dated July 19, 2004; Non-final Office Action dated Sept. 21, 2004; Examiner Interview Summary dated Nov. 12, 2004; Amendments and Remarks dated Feb. 11, 2005; Final Office Action dated May 3, 2005.<br>• Application Serial No. 10/885,948 ('615 patent): Non-final Office Action dated Feb. 23, 2005; Amendment and Communication in Response to Office Action, dated May 23, 2005; Final Office Action dated July 27, 2005; Amendment and Communication in Response to Office Action, dated Sept. 27, 2005.<br>• Application Serial No. 11/254,263 ('100 patent): Response to Election/Restriction Requirement dated June 22, 2006; Non-final Office Action dated Aug. 22, 2006; Examiner Interview Summary dated Dec. 27, 2006; Response to Office Action, dated Dec. 22, |

Exhibit C
-2-

O.S. Security LLC v. BRK Brands, Inc.
Case No. 8:14-cv-00312-AG-DFM

| Claim term | Plaintiff's Proposed Construction | Defendant's Proposed Construction and Support |
|---|---|---|
| | | 2006; Non-final Office Action dated Feb. 6, 2007; Response to Office Action, dated June 19, 2007.<br>• Application Serial No.10/807,935 ('725 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication in Response, dated April 19, 2005; Non-final Office Action dated June 30, 2005; Communication in Response, dated Sept. 27, 2005; Final Office Action dated Dec. 13, 2005; Communication in Response to Final Office Action, dated Feb. 13, 2006; Advisory Action dated March 3, 2006; Appeal Brief dated June 13, 2006; Examiner's Answer dated July 19, 2006; Reply Brief dated Sept. 19, 2006; Patent Board Decision dated Oct. 10, 2007; Examiner Interview Summary dated July 24, 2007; Notice of Allowance (inclusive of Examiner's Amendment) dated Oct. 3, 2008.<br>• Application Serial No. 10/807,936 ('758 patent): Non-final Office Action dated Jan. 21, 2005; Amendment and Communication In Response to Office Action, dated April 19, 2005; Non-final Office Action dated June 24, 2005; Communication in Response to Office Action, dated Sept. 19, 2005; Final Office Action dated Nov. 25, 2005; Communication in Response to Final Office Action, dated Jan. 25, 2006; Appeal Brief dated June 22, 2006; Examiner's Answer dated Aug. 25, 2006; Reply Brief dated Oct. 25, 2006; Non-final Office Action dated Sept. 4, 2008; July 24, 2007, Examiner Interview After Appeal of U.S. Pat App. Nos. 10/807935 and 10/807,936, dated Oct. 2, 2008; Examiner Interview Summary dated Oct. 14, 2008; Response to Office Action Mailed September 4, |

Exhibit C
-3-

O.S. Security LLC v. BRK Brands, Inc.
Case No. 8:14-cv-00312-AG-DFM

| Claim term | Plaintiff's Proposed Construction | Defendant's Proposed Construction and Support |
|---|---|---|
| | | 2008, dated March 3, 2009; Amendment After Allowance Pursuant to 37 C.F.R. § 1.312, dated Oct. 13, 2009.<br>• Application Serial No. 10/885,998 (unasserted '907 patent): Amendment and Communication in Response to Office Action, dated Aug. 9, 2005; Final Office Action dated Oct. 25, 2005; Amendment and Response to Office Action, dated Dec. 23, 2005; Advisory Action dated Jan. 19, 2006; Appeal Brief dated March 24, 2006; Non-final Office Action dated June 20, 2006; Communication in Response to Notice of Non-compliant Amendment, dated Oct. 12, 2006; Final Office Action dated Dec. 13, 2006; Communication in Response to Final Office Action, dated Feb. 13, 2007; Advisory Action dated March 1, 2007; Final Office Action dated Sept. 14, 2007.<br>• Application Serial No.11/137,257 ('405 patent): Preliminary Amendment dated Feb. 18, 2009; Preliminary Amendment dated Aug. 12, 2009; Supplemental Preliminary Amendment dated Oct. 6, 2009; Preliminary Amendment dated Oct. 14, 2009; Supplemental Preliminary Amendment dated Dec. 31, 2009; Non-final Office Action dated May 27, 2010; Response to Office Action, dated Aug. 27, 2010; Final Office Action dated Dec. 8, 2010; Appeal Brief dated June 8, 2011; Examiner's Answer dated Sept. 19, 2011; Response Filed as Submission for RCE in Accordance with 37 C.F.R. § 1.114 dated Nov. 21, 2011; Response to Restriction Requirement and Requirement for Information dated May 30, 2012 dated July 27, 2012; Non-final Office Action dated Oct. 22, 2012; Applicant-Initiated Interview |

Exhibit C
-4-

**O.S. Security LLC v. BRK Brands, Inc.**
**Case No. 8:14-cv-00312-AG-DFM**

| Claim term | Plaintiff's Proposed Construction | Defendant's Proposed Construction and Support |
|---|---|---|
| | | Summary dated Feb. 1, 2013; Amendment In Response Non-final Office Action dated Feb. 22, 2013. <br><br> **Extrinsic Evidence** <br><br> BRK relies on the intrinsic record of the patents for its construction.  Nevertheless, BRK may cite appropriate definitions from dictionaries, technical treatises and the prior art to rebut assertions by Plaintiff that BRK's proposed construction does not reflect the plain and ordinary meaning of this limitation. |

Exhibit C
-5-