# EXHIBIT D

## SENTRY'S PROPOSED CONSTRUCTION OF ADDITIONAL CLAIM TERMS

(1)   **THE MICROPROCESSOR BEING CONFIGURED TO SWITCH FROM A SLEEP MODE INTO AN OPERATION MODE IN RESPONSE TO ENTERING THE INPUT CODE**

|  | **Sentry's Construction** | **Plaintiff's Construction** |
|---|---|---|
| Proposed Construction | After the entire input code is entered using the keypad, the microprocessor switches from a sleep mode to a mode where current is flowing therethrough. | No proposed construction; plain and ordinary meaning |
| Support | **'100 Patent**<br>• Col. 6, lines 47-64; Col. 8, lines 57-67; Claim 88. |  |

(2)   **A LOCK**

|  | **Sentry's Construction** | **Plaintiff's Construction** |
|---|---|---|
| Proposed Construction | A device for securing a door, gate, lid, drawer, or the like when in a closed position. | No proposed construction; plain and ordinary meaning. |
| Support | **'547 Patent**<br>• Col. 5, lines 59-65.<br><br>**Webster's Encyclopedic Unabridged Dictionary of the English Language, Random House Value Publishing Inc. (1996), pg. 1128.** |  |

**(3)    PERMANENT ACCESS CODE**

|  | **Sentry's Construction** | **Plaintiff's Construction** |
|---|---|---|
| Proposed Construction | An access code stored in non-volatile memory that cannot be erased by an operator of the electronic access control device. | No proposed construction; plain and ordinary meaning. |
| Support | **'576 Patent**<br>• Col. 7, lines 1-20; Col. 7, lines 21-35; Col. 7, lines 36-48; Col. 7, lines 49-65; Col. 7, line 66 through Col. 8, line 11; Col. 8, lines 12-33; Col. 8, lines 34-47.<br>• Response dated June 20, 2003, pg. 6. |  |

**(4)    NON-REPROGRAMMABLE VIA THE KEYPAD**

|  | **Sentry's Construction** | **Plaintiff's Construction** |
|---|---|---|
| Proposed Construction | Not able to be changed using the plurality of keys mounted on the keypad, the program key mounted on the keypad, or the key on the keypad used exclusively to enter a code programming operation. | No proposed construction; plain and ordinary meaning. |
| Support | **'100 Patent**<br>• Col. 3, lines 44-53; Col. 7, lines 5-24; Col. 7, lines 25-39; Col. 8, lines 8-10; Col. 8, lines 39-52.<br>• Response dated December 22, 2006, pgs. 17-20.<br>• Interview Summary dated December 27, 2006.<br>• Response dated June 19, 2007, pgs. 22-23. |  |