Michael T. Hornak (SBN 81936)
email: mhornak@rutan.com
Ronald P. Oines (SBN 145016)
email: roines@rutan.com
Bradley A. Chapin (SBN 232885)
bchapin@rutan.com
Ravi Mohan (SBN 280673)
rmohan@rutan.com
Benjamin C. Deming (SBN 233687)
bdeming@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendants SARGENT
MANUFACTURING COMPANY and ASSA
ABLOY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| O.S. SECURITY LLC, | CASE NO. SACV14-00318 AG (DFMX) |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND MOTION TO CONTINUE TRIAL DATE TO DATE PREVIOUSLY SET FOR RELATED CASE THAT HAS BEEN DISMISSED** |
| SARGENT MANUFACTURING COMPANY; and ASSA ABLOY, INC., | |
| Defendants. | Pretrial Conf.:    Aug. 31, 2015 <br> Trial Date:    Sep. 15, 2015 |
| | [Proposed] <br> New Pretrial Conf,:    Oct. 19, 2015 <br> New Trial Date:    Nov. 3. 2015 |

Rutan & Tucker, LLP
*attorneys at law*

1    Defendants Sargent Manufacturing, Inc. and ASSA ABLOY, Inc. and

2  Plaintiff O.S. Security LLC jointly stipulate and respectfully move the Court to

3  continue the trial date in this matter to November 3, 2015, which is the date that had

4  been scheduled for a related case that has been settled.  The related case, *O.S.*

5  *Security LLC v. Alarm Lock Systems, Inc.*, Case No. SACV 14-00312-AG (DFMx)

6  (the *Alarm Lock* case"), was recently dismissed.  The parties are hopeful that

7  November 3, 2015 is open on the Court's calendar in light of the settlement of that

8  case.  Additionally, the parties agree that a brief continuance of the trial date is

9  appropriate in view of the recent Order on the unopposed motion to continue claim

10  construction deadlines and the hearing on claim construction (Dkt #56), as well as

11  earlier continuances of the claim construction proceedings.

12    On September 8, 2014, this Court held a consolidated scheduling conference

13  for the several cases related to this action.  A 6-8 day jury trial in this case was set to

14  begin on September 15, 2015.  (Dkt. #43.)  A 7 day jury trial in the *Alarm Lock* case

15  was set to begin on November 3, 2015.  (*See* Dkt. #30, *Alarm Lock* case).  On

16  September 23, 2014, the parties in the *Alarm Lock* case submitted a Notice of

17  Settlement.  That case has since been dismissed.  (*Alarm Lock* case, Dkt. #34, 35.)

18  Accordingly, the parties are hopeful the date set aside for trial in the *Alarm Lock*

19  case is available for the trial in this case.

20    Additionally, general counsel for the defendants, who would attend the trial,

21  now has a conflict with another case in a different jurisdiction, the week of

22  September 8, and for that reason as well, defendants respectfully request that the

23  trial be continued to November 3, 2015.

24    Accordingly, the parties jointly stipulate and move the court to continue the

25  trial in this matter from September 15, 2015 to November 3, 2015.  The parties also

26  request that the Final Pretrial Conference be reset to two weeks prior to the new trial

27  date, on October 19, 2015.

28

Rutan & Tucker, LLP
*attorneys at law*

1  Dated:  January 26, 2015                    RUTAN & TUCKER, LLP

2

3                                              By:  /s/ Ronald P. Oines
                                                    Ronald P. Oines
4                                                   Attorneys for Defendants ASSA
                                                    ABLOY. INC. and SARGENT
5                                                   MANUFACTURING COMPANY

6
                                               MISHCON DE REYA NEW YORK, LLP
7

8                                              By:  /s/ John F. Petrsoric
9                                                   John F. Petrsoric
                                                    Attorneys for Plaintiff O.S. Security
10                                                  LLC

11

12

13

14

15                          **L.R. 5-4.3.4 (b)(2) Attestation**

16          I attest that that all other signatories listed, and on whose behalf the filing is

17  submitted, concur in the filing's content and have authorized the filing of this

18  document.

19

20  Dated:  January 26, 2015                   RUTAN & TUCKER, LLP

21

22                                             By:  /s/ Benjamin Deming
                                                    Benjamin Deming
23                                                  Attorneys for Defendants ASSA
                                                    ABLOY. INC. and SARGENT
24                                                  MANUFACTURING COMPANY

25

26

27

28

Rutan & Tucker, LLP
*attorneys at law*